```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS                              CERTIFICATE OF DISPOSITION
                                                  NUMBER:  533073
THE PEOPLE OF THE STATE OF NEW YORK
                     VS

THOMPSON, LARRY                              08/30/1972
Defendant                                    Date of Birth

339 LINCOLN PLAC                             8331355L
Address                                      NYSID Number

BROOKLYN            NY                       01/15/2014
City              State    Zip               Date of Arrest/Issue

Docket Number: 2014KN004196                  Summons No:

205.30  195.05
Arraignment Charges


Case Disposition Information:

    Date          Court Action                 Judge                  Part
04/09/2014   DISMISSED - MOTION OF DA        WALKER, C                AP2
```

**SEALED**

pursuant to Section 160.50 of the CPL

```
NO FEE CERTIFICATION
_  GOVERNMENT AGENCY        _  COUNSEL ASSIGNED
NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED
SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
JACKSON, C                                   04/08/2015
COURT OFFICIAL SIGNATURE AND SEAL            DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)
```

DEF 000004

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

v

LARRY THOMPSON

STATE OF NEW YORK
COUNTY OF KINGS

POLICE OFFICER PAGIEL CLARK SHIELD NO.28472, OF 165 COMMAND SAYS THAT ON OR ABOUT JANUARY 15, 2014 AT APPROXIMATELY 11:10 PM AT 339 LINCOLN PLACE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 195.05   OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE
PL 205.30   RESISTING ARREST

IN THAT THE DEFENDANT DID:

INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENT OR ATTEMPT TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED, WITH RADIO, TELEPHONE, TELEVISION OR OTHER TELECOMMUNICATIONS SYSTEMS OWNED OR OPERATED BY THE STATE, OR A COUNTY, CITY, TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL SERVICE; INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

DEPONENT STATES THAT, AT THE ABOVE TIME AND PLACE, IN RESPONSE TO A 911 CALL OF A CRIME AT THE LOCATION AND WHILE THE DEPONENT WAS CONDUCTING AN INVESTIGATION, THE DEPONENT INSTRUCTED THE DEFENDANT TO ALLOW THE DEPONENT INTO LOCATION AND THAT THE DEFENDANT DID REFUSE THE DEPONENT'S ORDER AND THAT AFTER THE DEPONENT WARNED THE DEFENDANT THAT THE DEFENDANT COULD BE PLACED UNDER ARREST, THE DEFENDANT CONTINUED TO REFUSE THE DEPONENT'S ORDER.

DEPONENT FURTHER STATES THAT WHILE THE DEPONENT ATTEMPTED TO PLACE THE DEFENDANT UNDER ARREST, THE DEFENDANT BEGAN TO FLAIL THE DEFENDANT'S ARMS PREVENTING THE DEPONENT FROM PLACING HANDCUFFS ON THE DEFENDANT.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

01/15/14
DATE

SIGNATURE

| | | Reason for Adjournment | | |
|---|---|---|---|---|
| Judge | NEL / MAROS / APER SI / AP 2 "no oth DBS Fas | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program ____ | |
| | ☐ TOP  D's file motion 4/4/14 | 5-20-14 Decision A... | | |
| Reporter | # respons | Notify | | |
| | Bail Condition  4/25/14   Judge | ☐ Charged<br>☑ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |
| Date | | Present | Absent | Readiness |
| | HOLD ____ | ☑ Defendant<br>☑ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| | | Interpreter | | |
| Part | Dismissed | | | |
| | by | Reason for Adjournment | | |
| Judge | JUDGE WALKER<br>NEIR LABEY<br>AP 2  APR 08 14 | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program ____ | |
| | ☐ TOP | | | |
| Reporter | | Notify | | |
| | Bail Condition _____ Judge | ☐ Charged<br>☐ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |
| Date | | Present | Absent | Readiness |
| | HOLD ____ | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| | | Interpreter | | |
| Part | | | | |
| | | Reason for Adjournment | | |
| Judge | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program ____ | |
| | ☐ TOP | | | |
| Reporter | 2014KN004196 | Notify | | |
| | Bail Condition | ☐ Defendant | ☐ Defendant | |

Four (4) completed copies of this form are required.
See the bottom of this form for distribution instructions.

**REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT**
PD 377-154 (Rev 2-94) (DSS 2221-A)LE
STATE OF NEW YORK   DEPARTMENT OF SOCIAL SERVICE

Page 1 of 2

YSD No.
Pct. Serial No.
Oral Rpt. Date: 01 / 15 / 2014
Time: 2316 PM
Pct. 077
State Registry No.

List all children in household, adults responsible for household, and alleged perpetrator(s)

| Line No. | Last Name | First Name | M.I. | Aliases | Sex (M,F) | Birthday (Mo/Day/Yr) | Ethnic Code | Susp. or Relation Code | Mark P for Perpetrator V for Victim |
|---|---|---|---|---|---|---|---|---|---|
| 1 | W█████ | T█████ | | | F | ██/██/██ | BL | P | |
| 2 | W█████ | C█████ | | | F | ██/██/██ | BL | UN | |
| 3 | THOMPSON | LARRY | | | M | 08/30/1972 | BL | P | P |
| 4 | ████████ | ████████ | | | F | ██/██/20██ | BL | AB | V |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |

| Line No. | Person | Street Address | Borough | Telephone No. |
|---|---|---|---|---|
| 4 | Victim | 339 LINCOHN PLACE | BK | |
| 3 | Perpetrator | 339 LINCOHN PLACE | BK | |
| | Other | | | |

Complaint: ☒ Yes ☐ No  Number 2014-077-00363  Pct. 077 ; Arrest: ☒ Yes ☐ No  Number K14604357-Z  Pct. 077

**Basis of Suspicions**

Alleged consequences or evidence of abuse or maltreatment — Give child(ren)'s line number(s). If all children, write "ALL".

- ___ DOA / Fatality
- ___ Fractures
- ___ Subdural Hematoma, Internal Injuries
- ___ Lacerations, Bruises, Welts
- ___ Burns, Scalding
- ___ Excessive Corporal Punishment
- ___ Child's Drug / Alcohol Use
- ___ Drug Withdrawal
- ___ Lack of Medical Care
- ___ Malnutrition, Failure to Thrive
- 4 Sexual Abuse
- ___ Other, Specify:_____
- ___ Educational Neglect
- ___ Emotional Neglect
- ___ Lack of Food, Clothing, Shelter
- ___ Lack of Supervision
- ___ Abandonment

State reasons for suspicion. Include the nature and extent of each child's injuries, abuse or maltreatment, any evidence of prior injuries, abuse or maltreatment to the child or his siblings and any evidence or suspicions of 'Parental' behavior contributing to the problem.

(If known, give time and date of alleged incident): Month __ Day __ Year __  Time ____ ☐ AM ☐ PM

AT T/P/O AN ANONYMOUS CALLER STATES SHE VIEWED WHAT SHE BELIEVED WAS INAPPROPRIATE BEHAVIOR, AND SIGNS OF SEXUAL ABUSE AT THE HANDS OF THE PERPETRATOR.

Actions Taken or About To Be Taken:
0 ☒ Medical Exam
1 ☐ Photographs
2 ☐ X-Ray
3 ☐ Hospitalization
4 ☐ Removal / Keeping
5 ☐ Returning Home
6 ☐ Not. Med. Exam. / Coroner
7 ☐ Notified D.A.

**Complainant Information**

Name: ████████
Address: ████████
Borough: BROOKLYN
Telephone No.: ████████
Relation to Victim: ████████

**Information On Reporting Officer(s)**

| Rank | Last Name (typed) | Signature | Cmd. | Tax Reg. No. | Date |
|---|---|---|---|---|---|
| PO | CLARK | | 165 | 953759 | 01/16/2014 |
| Supervisor If Appropriate | Signature | | 077 | 938888 | 01/16/2014 |

Telephone No.: 718-___

DISTRIBUTION: 1ST AND 2ND COPIES — ADMINISTRATION FOR CHILDREN'S SERVICES;   3RD COPY — PRECINCT YOUTH OFFICER;   4TH COPY — YOUTH SERVICES DIVISION

DEF 000012

I/NetDispatcher -- Event Chronology

## Event Chronology -- D14011523758 [5 Year Archive]

☑ System Comments  ☐ Associated Events

| Event | Time | Date | Terminal | Operator | Action |
|---|---|---|---|---|---|
| 14011523758 | 21:59:44 | 1/15/2014 | ps1-c024 | 343783 | ANI NUM=11982261, CALLER NAME=SPRINT, ANI=▇▇▇▇▇, ALI=1PROSPECT PARKBROOKLYN, COMMENT=: SE - Sector, COMPANY=SPPCS, CLASS=WPH2,LAT=+040.67330,LONG=-073.968952,XY=XY (99286444,18457965) |
|  | 22:00:02 | 1/15/2014 | ps1-c024 | 343783 | ▇▇▇▇, ALI=1PROSPECT PARKBROOKLYN, COMMENT=: SE - Sector, COMPANY=SPPCS, CLASS=WPH2,LAT=+040.67324,LONG=-073.968651,XY=XY (99294794,18455782) |
|  | 22:09:26 | 1/15/2014 | ps1-c024 | 343783 | EVENT CREATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2 , Cross Streets=UNDERHILL AVE /WASHINGTON AVE , Name=SPRINT , Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK , Call ▇▇▇ Zone=223 , PCT/Sector=77A Route=D, PCT=77, Sector=77A, St=Pending, P=3, Current=F, Open =T, Type=10Y7-INVESTIGATE/POSSIBLE CRIME: POSSIBLE CHILD ABUSE, Open/Curent=F EVENT COMMENT=▇▇▇...STS▇ 2 WEEK OLD ▇▇.FATHER IS SEXUALLY ABUSING HER......PERP MB 41YO...BROWN SKIN....ABT 5 FT 5 INS TALL....WGHTS ABT 150 LBS......CB CELL ▇▇ .... STS BABY HAS RED RASHES...ON HER BUTTOCKS AREA......▇▇▇▇▇ PROSPECT PARK SE - SECTOR BROOKLYN COS:WPH2 LAT: 040.673243 LON:-073.968651 OPER FIELDS, ANNMARIE-C-MTCCP024 |
|  | 22:09:33 | 1/15/2014 | ps1-c024 | 343783 | Route=AMB, PCT=BK, Sector=BK, St=New, P=3, Primary Member=0, Current=F, Open =T, Type=10Y7-INVESTIGATE/POSSIBLE CRIME: POSSIBLE CHILD ABUSE, Open/Curent=F |
|  | 22:09:42 | 1/15/2014 | loi-search | 343783 | EVENT COMMENT=** LOI search completed at 01/15/14 22:09:42 |
|  | 22:10:00 | 1/15/2014 | ps1-d23 | 353550 | EVENT COMMENT=Event D14011523758 has been displayed by the covering dispatcher ** >>>> by: 353550 at 01/15/14 22:10:00 on terminal: ps1-d23 |
|  | 22:10:13 | 1/15/2014 | s11mt9mdt02 | 1 | EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2 , Cross Streets=UNDERHILL AVE /WASHINGTON AVE , Name=SPRINT , Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK , Call ▇▇▇ Zone=223 , PCT/Sector=77A ,EMD Num=140153763 |

I/NetDispatcher -- Event Chronology

| Time | Date | Terminal | ID | Event |
|---|---|---|---|---|
| | | | | EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2, Cross Streets=UNDERHILL AVE /WASHINGTON AVE, Name=SPRINT, Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK, Call [redacted] Zone=Z23, PCT/Sector=77A, EMD Num=140153763, EMD Pers=8730 |
| | | | | Route=AMB, PCT=BK, Sector=BK, St=Pending, P=3, Primary Member=0, Current=F, Open =T, Type=10Y7-INVESTIGATE/POSSIBLE CRIME: POSSIBLE CHILD ABUSE, Open/Curent=F |
| | | | | Route=AMB, PCT=BK, Sector=BK, St=Pending, P=3, Primary Member=0, Current=F, Open =T, Type=10Y7-INVESTIGATE/POSSIBLE CRIME: POSSIBLE CHILD ABUSE, Open/Curent=F |
| | | | | Route=AMB, PCT=BK, Sector=BK, St=Held, P=3, Primary Member=0, Current=F, Open =T, Type=10Y7-INVESTIGATE/POSSIBLE CRIME: POSSIBLE CHILD ABUSE, Open/Curent=F |
| | | | | EVENT COMMENT=** Event held by a Route |
| 22:10:42 | 1/15/2014 | s11mt9mdt02 | 1 | EVENT COMMENT=EMS Unit Dispatched NYPDJobNumber:14011523758 EMSJobNumber:140153763 DateTime:201401152210425 EMSOperatorNumber:0887 UnitId:48A3 UnitType:BLS InitialDispatchFlag:I ETA:2215 Comments: |
| 22:12:08 | 1/15/2014 | ps1-d23 | 353550 | EVENT COMMENT=XMDT ------D1925 |
| 22:14:06 | 1/15/2014 | ps1-c023 | 356730 | EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2, Cross Streets=UNDERHILL AVE /WASHINGTON AVE, Name=SPRINT, Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK, Call [redacted] Zone=Z23, PCT/Sector=77A, EMD Num=140153763, EMD Pers=8730 |
| | | | | EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2, Cross Streets=UNDERHILL AVE /WASHINGTON AVE, N[redacted], Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK, Call [redacted] Phone Number=(347) [redacted], Zone=Z23, PCT/Sector=77A, EMD Num=140153763, EMD Pers=8730 |
| | | | | Route=AMB, PCT=BK, Sector=BK, St=Held, P=2, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | Route=D, PCT=77, Sector=77A, St=Pending, P=2, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | EVENT COMMENT=** Event Type changed from 10Y7 to 34Q1 at: 01/15/14 22:14:06 ** >>>> by: MAURICE C. DAVID on terminal: ps1-c023 |
| | | | | ** Event Priority changed from 3 to 2 at: 01/15/14 22:14:06 ** >>>> by: MAURICE C. DAVID on terminal: ps1-c023 |
| 22:15:02 | 1/15/2014 | ps1-d23 | 353550 | EVENT COMMENT=XMDT UPDATE -----D1925 |

I/NetDispatcher -- Event Chronology

| Time | Date | Terminal | ID | Details |
|---|---|---|---|---|
| 22:16:13 | 1/15/2014 | ps1-ts02 | 328663 | Route=BS, PCT=BN, Sector=BN, St=Pending, P=2, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| 22:16:24 | 1/15/2014 | ps1-ts02 | 328663 | Route=OPS, PCT=NYC, Sector=NYC, St=Pending, P=2, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| 22:16:31 | 1/15/2014 | ps1-rsbn | 329221 | EVENT COMMENT=PCT N BACKLOG .........SPCT FELTON |
| 22:17:02 | 1/15/2014 | ps1-rsbn | 329221 | EVENT COMMENT=PLZ DOC SGT NTFD HLDG 34 ........SPCT FELTON |
| 22:17:27 | 1/15/2014 | ps1-d23 | 353550 | Route=D, PCT=77, Sector=77A, St=Dispatch Assigned, P=2, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F<br>Unit=77I-3, St=DA, Comment=Event D14011523758 Dispatch Assigned<br>EVENT COMMENT=77I-3 -- Event D14011523758 Dispatch Assigned |
| 22:17:37 | 1/15/2014 | ps1-d23 | 353550 | EVENT COMMENT=XMDT -- --D1925 |
| 22:18:13 | 1/15/2014 | ps1-d23 | 353550 | EVENT COMMENT=AAM -----D1925 |
| 22:18:23 | 1/15/2014 | ps1-rsbn | 329221 | EVENT COMMENT=Event B14011523758 has been displayed by the covering dispatcher<br>** >>>> by: 329221 at 01/15/14 22:18:23 on terminal: ps1-rsbn |
| 22:18:32 | 1/15/2014 | ps1-d23 | 353550 | Route=D, PCT=77, Sector=77A, St=Dispatch Assigned, P=2, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F<br>Route=D, PCT=77, Sector=77A, St=Assigned, P=2, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F<br>Unit=77G-3, St=DP, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| 22:19:28 | 1/15/2014 | ps1-d23 | 353550 | Route=D, PCT=77, Sector=77A, St=Assigned, P=2, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F<br>Unit=77I-3, St=DP, Loc=339 LINCOLN PL BK: APT 2-E FLR 2<br>Unit=77I-3, St=84, Comment=   Auto Promote, Loc=339 LINCOLN PL BK: APT 2-E FLR 2<br>Unit=77I-3, St=84, Loc=339 LINCOLN PL BK: APT 2-E FLR 2<br>EVENT COMMENT=77I-3 -- DA Auto Promote |
| 22:20:43 | 1/15/2014 | ps1-d23 | 353550 | Unit=77G-3, St=84, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| 22:21:11 | 1/15/2014 | 1pp-joc02 | 916391 | EVENT COMMENT=Event N14011523758 has been displayed by the covering dispatcher<br>** >>>> by: 916391 at 01/15/14 22:21:11 on terminal: 1pp-joc02 |
| 22:23:16 | 1/15/2014 | ps1-c023 | 356730 | EVENT COMMENT=*PRIORITY* |
| 22:23:26 | 1/15/2014 | ps1-c023 | 356730 | EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2 , Cross Streets=UNDERHILL AVE /WASHINGTON AVE , Name=SPRINT , Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK , Call ▮▮▮▮▮▮▮▮▮▮ Zone=Z23 , PCT/Sector=77A ,EMD Num=140153763 ,EMD Pers=8730 |

I/NetDispatcher -- Event Chronology

EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2 , Cross Streets=UNDERHILL AVE /WASHINGTON AVE , Name=SPRINT , Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK , Call ▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮ Zone=Z23 , PCT/Sector=77A ,EMD Num=140153763 ,EMD Pers=8730

EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2 , Cross Streets=UNDERHILL AVE /WASHINGTON AVE , Name=SPRINT , Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK , Call ▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮ Zone=Z23 , PCT/Sector=77A ,EMD Num=140153763 ,EMD Pers=8730

EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2 , Cross Streets=UNDERHILL AVE /WASHINGTON AVE , Name=SPRINT , Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK , Call ▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮ Zone=Z23 , PCT/Sector=77A ,EMD Num=140153763 ,EMD Pers=8730

Route=D, PCT=77, Sector=77A, St=Assigned, P=2, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F

Route=AMB, PCT=BK, Sector=BK, St=Held, P=2, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F

Route=OPS, PCT=NYC, Sector=NYC, St=New, P=2, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F

Route=BS, PCT=BN, Sector=BN, St=New, P=2, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F

22:23:31   1/15/2014   ps1-c023   356730

EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2 , Cross Streets=UNDERHILL AVE /WASHINGTON AVE , Name=SPRINT , Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK , Call ▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮ Zone=Z23 , PCT/Sector=77A ,EMD Num=140153763 ,EMD Pers=8730

EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2 , Cross Streets=UNDERHILL AVE /WASHINGTON AVE , Name=SPRINT , Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK , Call ▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮ Zone=Z23 , PCT/Sector=77A ,EMD Num=140153763 ,EMD Pers=8730

EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2 , Cross Streets=UNDERHILL AVE /WASHINGTON AVE , Name=SPRINT , Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK , Call ▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮ Zone=Z23 , PCT/Sector=77A ,EMD Num=140153763 ,EMD Pers=8730

I/NetDispatcher -- Event Chronology

| Time | Date | Terminal | ID | Description |
|------|------|----------|----|-------------|
| | | | | EVENT UPDATED: Location=339 LINCOLN PL BK : APT 2-E FLR 2 , Cross Streets=UNDERHILL AVE /WASHINGTON AVE , Name=SPRINT , Address=LL(-73:58:08.2273,40:40:23.8799): EST 94 PLAZA ST E BK , Call [REDACTED], Zone=Z23 , PCT/Sector=77A , EMD Num=140153763 ,EMD Pers=8730 |
| | | | | Route=BS, PCT=BN, Sector=BN, St=New, P=0, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | Route=OPS, PCT=NYC, Sector=NYC, St=New, P=0, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | Route=AMB, PCT=BK, Sector=BK, St=Held, P=0, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | Route=D, PCT=77, Sector=77A, St=Assigned, P=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | EVENT COMMENT=** Event Priority changed from 2 to 0 at: 01/15/14 22:23:31 |
| | | | | ** >>>> by: MAURICE C. DAVID on terminal; ps1-c023 |
| 22:25:52 | 1/15/2014 | ps1-d23 | 353550 | EVENT COMMENT=AUTH OF 77G REQ SGT TO LOC ---D1925 |
| 22:29:14 | 1/15/2014 | ps1-d23 | 353550 | Route=D, PCT=77, Sector=77A, St=Assigned, P=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | Unit=77ST1, St=DA, Comment=Event D14011523758 Dispatch Assigned |
| | | | | EVENT COMMENT=77ST1 -- Event D14011523758 Dispatch Assigned |
| 22:49:03 | 1/15/2014 | ps1-d23 | 353550 | Route=D, PCT=77, Sector=77A, St=Assigned, P=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | Unit=77ST1, St=ER, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | Unit=77ST1, St=ER, Comment=DA Auto Promote, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | Unit=77ST1, St=DP, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | EVENT COMMENT=77ST1 -- DA Auto Promote |
| 22:49:28 | 1/15/2014 | ps1-sfs2 | 325202 | Unit=77I-3, St=~, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| 22:50:43 | 1/15/2014 | ps1-sfs2 | 325202 | Unit=77G-3, St=~, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| 23:03:23 | 1/15/2014 | ps1-d23 | 332314 | Unit=77I-3, St=CU, Comment=Alarm Timer Extended: 30, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | Unit=77G-3, St=CU, Comment=Alarm Timer Extended: 30, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | EVENT COMMENT=77G-3 -- Alarm Timer Extended: 30 |
| | | | | 77I-3 -- Alarm Timer Extended: 30 |
| 23:16:43 | 1/15/2014 | ps1-d23 | 332314 | Unit=77I-3, St=82, Comment=1 UNDER FROM LOC AS OF 2316 HRS---D1705, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | EVENT COMMENT=77I-3 -- 1 UNDER FROM LOC AS OF 2316 HRS---D1705 |

I/NetDispatcher -- Event Chronology

| Time | Date | Terminal | ID | Details |
|---|---|---|---|---|
| 23:17:39 | 1/15/2014 | 1pp-joc02 | 916391 | Route=OPS, PCT=NYC, Sector=NYC, P=0, Primary Member=0, Current=T, Open =F, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | EVENT CLOSED |
| | | | | Disposition Assigned=CANCELEV |
| 23:19:03 | 1/15/2014 | ps1-ts08 | 345016 | Unit=77ST1, St=~, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| 23:19:28 | 1/15/2014 | ps1-d23 | 332314 | Unit=77ST1, St=CU, Comment=Alarm Timer Extended: 30, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | EVENT COMMENT=77ST1 -- Alarm Timer Extended: 30 |
| 23:20:55 | 1/15/2014 | s11mt9mdt02 | 1 | EVENT COMMENT=EMS Unit Transporting Patient NYPDJobNumber:14011523758 EMSJobNumber:140153763 |
| | | | | DateTime:20140115232055ES EMSOperatorNumber:6330 UnitId:48A3 UnitType:BLS |
| | | | | HospitalCode:48P RouteFlag:N HospitalName:KINGS COUNTY PEDIATRICS Comments: |
| 23:23:01 | 1/15/2014 | ps1-ems1 | 329238 | Route=AMB, PCT=BK, Sector=BK, P=0, Primary Member=0, Current=T, Open =F, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | EVENT CLOSED |
| | | | | Disposition Assigned=CANCELEV |
| 23:32:43 | 1/15/2014 | ps1-apc2 | 323491 | Unit=77G-3, St=~, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| 23:37:23 | 1/15/2014 | ps1-d23 | 332314 | Unit=77I-3, St=UG, Comment=Secondary Unit ID updated from 77I to 77I-3 during logon unit [77I-1], Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | Unit=77G-3, St=UG, Comment=Secondary Unit ID updated from 77G to 77G-3 during logon unit [77G-1], Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | EVENT COMMENT=77G-3 -- Secondary Unit ID updated from 77G to 77G-3 during logon unit [77G-1] |
| | | | | 77I-3 -- Secondary Unit ID updated from 77I to 77I-3 during logon unit [77I-1] |
| 23:46:43 | 1/15/2014 | ps1-sfs2 | 325202 | Unit=77I-3, St=~, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| 23:49:03 | 1/15/2014 | ps1-ts02 | 343770 | Unit=77ST1, St=~, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| 00:11:39 | 1/16/2014 | s11mt9mdt02 | 1 | EVENT COMMENT=EMS Unit Preempt NYPDJobNumber:14011523758 EMSJobNumber:140153763 |
| | | | | DateTime:20140116001139ES EMSOperatorNumber:6330 UnitId:48A3 UnitType:BLS |
| | | | | RemovalFlag:N Comments: |
| 00:11:40 | 1/16/2014 | s11mt9mdt02 | 1 | EVENT COMMENT=EMS Complaint Closed NYPDJobNumber:14011523758 EMSJobNumber:140153763 |
| | | | | DateTime:20140116001139ES EMSOperatorNumber:6330 FinalDispositionCode:82B |
| | | | | Comments: |
| 00:20:22 | 1/16/2014 | ps1-d23 | 332314 | Route=D, PCT=77, Sector=77A, St=Assigned, P=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | Unit=77G-3, St=AV |
| | | | | Unit=77G-3, St=UC, Comment=Preempt |
| | | | | EVENT COMMENT=77G-3 -- Preempt |

I/NetDispatcher -- Event Chronology

| Time | Date | Terminal | Event ID | Details |
|---|---|---|---|---|
| 00:20:38 | 1/16/2014 | ps1-d23 | 332314 | Unit=77I-3, St=CU, Comment=Alarm Timer Extended: 30, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | EVENT COMMENT=77I-3 -- Alarm Timer Extended: 30 |
| 00:20:40 | 1/16/2014 | ps1-d23 | 332314 | Unit=77ST1, St=CU, Comment=Alarm Timer Extended: 30, Loc=339 LINCOLN PL BK: APT 2-E FLR 2 |
| | | | | EVENT COMMENT=77ST1 -- Alarm Timer Extended: 30 |
| 00:21:34 | 1/16/2014 | ps1-d23 | 332314 | Route=D, PCT=77, Sector=77A, St=Assigned, P=0, Primary Unit=77I-3, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | Unit=77ST1, St=AV |
| | | | | Unit=77ST1, St=UC, Comment=Preempt |
| | | | | EVENT COMMENT=77ST1 -- Preempt |
| 00:22:23 | 1/16/2014 | ps1-d23 | 332314 | EVENT COMMENT=AUTH BASE -AUTH SGT---NO SEXUAL AT LOC---D1705 |
| 00:22:32 | 1/16/2014 | ps1-d23 | 332314 | Route=D, PCT=77, Sector=77A, St=Assigned, P=0, Primary Unit=77I-3, Primary Member=0, Current=F, Open =T, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | Route=D, PCT=77, Sector=77A, St=Assigned, P=0, Primary Unit=77I-3, Primary Member=0, Current=T, Open =F, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | EVENT CLOSED |
| | | | | Unit=77I-3, St=AV |
| | | | | Disposition Assigned=92C |
| 00:29:49 | 1/16/2014 | ps1-rsbn | 328080 | Route=BS, PCT=BN, Sector=BN, P=0, Primary Member=0, Current=T, Open =F, Type=34Q1-ASSAULT (IN PROGRESS): OTHER/INSIDE, Open/Curent=F |
| | | | | EVENT CLOSED |
| | | | | Disposition Assigned=CANCELEV |

, LARRY                                                    MALE/ BLACK/ 41

L                              Arrest Precinct: 77              Arrest Officer: CLARK, PAGIEL              Status: NEW COURT
057                                                             AO Command: 165                            Current Lodging: NEW COURT MALE FEE
:1                                                              AO TaxId: 953759                           Top Charge: PL 205.30
4KN004196                                                       AO Rank: POM                              Notes On File? NO
                                                                AO Dept:



hrs 50 mins
; 39 hrs 50 mins

| ARREST | RECORD CREATE | NYSID | DNA BANNE |
| 01/15/2014 2316 | 01/16/2014 0245 | 01/16/2014 0813 | 01/16/2014 08 |
| PAPERWORK READY | AO RELEASE | COMPLAINT SWORN | COMPLAINT REC |
| 01/16/2014 0523 | 01/16/2014 1600 | 01/16/2014 1600 | 01/16/2014 16 |
| BREAKDOWN | PACKAGE TO COURT | DOCKETED | IRIS CAPTUR |
| 01/17/2014 0949 | 01/17/2014 0955 | 01/17/2014 1217 | 01/17/2014 08 |
| IRIS VERIFIED | ARRAIGNMENT CLOSED | NEW COURT | ROR |
| 01/17/2014 1506 | 01/17/2014 1506 | 01/17/2014 1005 | 01/17/2014 15 |

tatus
    StartDate/Time - EndDate/Time         Lodging Status/History                                    Charges
    01/15/2014 2316 - ---                 Lodging Name           StartDate/Time - EndDate/Time      Law Code        Category    Charge Class    Degree
    01/16/2014 0245 - ---                 077 PRECINCT           01/15/2014 2316 - 01/17/2014 0457   PL 205.30       M           A               0
    01/16/2014 0813 - ---                 KINGS MAIN MALE HOLDING (KCT)  01/17/2014 0457 - 01/17/2014 1031   PL 195.05       M           A               2
    01/16/2014 0813   01/16/2014 0813     NEW COURT MALE FEEDER (KFM1)   01/17/2014 1031 - ---
.DY 01/16/2014 0523  ---
    01/16/2014 1600 - ---
RN  01/16/2014 1600 - ---
    01/16/2014 1602 - ---

    01/17/2014 0949 - ---
RT  01/17/2014 0955 - ---
    01/17/2014 1217 - ---
    01/17/2014 0825 - ---
    01/17/2014 1506 -
    01/17/2014 1506 - ---

    01/17/2014 1005 - ---
    01/17/2014 1506 - ---

ts                                                              Grouped by NYSID

, LARRY | K14604357                                             Page 1                                                          DEF 000023