STATE OF NEW YORK }
                           SS:
COUNTY OF KINGS }

    C█████ W█████, being duly sworn, deposes and says:

1. My name is C█████ W█████ and I live at a ███████████████████. Before January 15, 2014 I was living with my sister T█████ W█████ and Larry Thompson at ███████████████████.

2. On ███████ my niece, N███ T███████ was born. On January 15, 2014 I called 911 and reported that I saw two red spots on my niece's inner thighs and I was concerned about my niece. I called 911 and told the female operator that I saw the spots on my nieces's thighs and I thought they should check it out. I told police I was suspicious that Larry Thompson might be abusing my niece because I was abused as a girl.

3. The 911 operator asked me if I was sure. I told the operator that I didn't see him do it but I was suspicious. The operator told me police were coming. I did not tell my sister or Larry that the police were coming.

4. I opened the door when the EMT's and police arrived. Larry spoke to them at the door and asked them why they were there. The EMT's and police said they received a phone call regarding a child and wanted to ask some questions. Larry asked my sister if she made a phone call and she said no and my sister asked me if I called and I told my sister that I made the call.

5. The police put Larry in handcuffs because he didn't want them to come into the

apartment. The police did not warn him that they were going to handcuff him. The police pushed Larry and put him on the floor and handcuffed him.

6. I went with my sister in the ambulance. My sister was told by the EMT's that she had to go to the hospital with the baby. My sister was upset with me for having called police.

7. I wish I had not called police because they were very rough with Larry. There were four officers in the apartment and Larry was one person so he could not have done much to them. They put Larry's feet in cuffs which I thought was unnecessary. I saw Larry lying on his belly for a long time

8. If I were called as a witness in the trial of this matter, I would testify consistently with the above.

Dated: Kings, New York
June 26, 2014

Sworn to before me
this 26 day of June, 2014

Notary Public

DAVID A. ZELMAN
NOTARY PUBLIC, State of New York
No. 02ZE6025678
Qualified in New York County
Commission Expires June 1, 2015