1

1
2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
3  ----------------------------------------X
   LARRY THOMPSON,
4
              PLAINTIFF,
5
6     -against-      Case No.:
                     14-CV-7349
7
   THE CITY OF NEW YORK, POLICE OFFICER PAGIEL
8  CLARK, Shield # 28472, POLICE OFFICER PAUL
   MONTEFUSCO, Shield # 10580, POLICE OFFICER
9  GERARD BOUWMANS, Shield # 2102, POLICE
   OFFICER PHILLIP ROMANO, Shield # 6295,
10 POLICE OFFICER WARREN RODNEY, Shield #
   13744, SERGEANT ANTHONY BERTRAM, Shield
11 #277., POLICE OFFICERS JOHN/JANE DOE(S)
   #S 1-10,
12
              DEFENDANTS.
13 ----------------------------------------X
14
15       DATE:  November 3, 2016
16       TIME:  11:00 A.M.
17
   DEPOSITION of a Non-Party
18 Witness, MATTHEW MARTURANO, taken by the
19 respective parties, pursuant to a Court
20 Order and to the Federal Rules of Civil
21 Procedure, held at the offices of Diamond
22 Reporting, Inc., 16 Court Street, Brooklyn,
23 New York 11241, before Jamie Bortner, a
24 Notary Public of the State of New York.
25

2

1
2  A P P E A R A N C E S :
3
4  DAVID ZELMAN, ESQ.
       Attorneys for the Plaintiff
5  LARRY THOMPSON
       612 Eastern Parkway
6      Brooklyn, New York 11225
       BY:  DAVID ZELMAN ESQ.
7
8
   ZACHARY W. CARTER, ESQ.
9  CORPORATION COUNSEL
   NEW YORK CITY LAW DEPARTMENT
10     Attorneys for the Defendants
   THE CITY OF NEW YORK, POLICE OFFICER
11 PAGIEL CLARK, Shield # 28472, POLICE
   OFFICER PAUL MONTEFUSCO, Shield # 10580,
12 POLICE OFFICER GERARD BOUWMANS, Shield #
   2102, POLICE OFFICER PHILLIP ROMANO,
13 Shield #6295, POLICE OFFICER WARREN
   RODNEY, Shield # 13744, SERGEANT ANTHONY
14 BERTRAM, Shield #277, POLICE OFFICERS
   JOHN/JANE DOE(S) #S 1-10
15     100 Church Street
       New York, New York 10007
16     BY:  KAVIN THADANI, ESQ.
17
18
19
           *      *      *
20
21
22
23
24
25

3

1
2    F E D E R A L   S T I P U L A T I O N S
3
4
5     IT IS HEREBY STIPULATED AND AGREED by and
6  between the counsel for the respective
7  parties herein that the sealing, filing and
8  certification of the within deposition be
9  waived; that the original of the deposition
10 may be signed and sworn to by the witness
11 before anyone authorized to administer an
12 oath, with the same effect as if signed
13 before a Judge of the Court; that an
14 unsigned copy of the deposition may be used
15 with the same force and effect as if signed
16 by the witness, 30 days after service of
17 the original & 1 copy of same upon counsel
18 for the witness.
19
20    IT IS FURTHER STIPULATED AND AGREED that
21 all objections except as to form, are
22 reserved to the time of trial.
23
24       *    *    *    *
25

4

1              M. MARTURANO
2  M A T T H E W   M A R T U R A N O, called
3  as a witness, having been first duly sworn
4  by a Notary Public of the State of New
5  York, was examined and testified as
6  follows:
7  EXAMINATION BY.
8  MR. ZELMAN:
9     Q.   Please state your name for the
10 record.
11    A.   Matthew Marturano.
12    Q.   What is your address?
13    A.   1348 Willoughby Avenue, #1L,
14 Brooklyn, New York 11237.
15    Q.   Good morning, sir.
16    A.   Good morning.
17    Q.   Thank you for appearing for
18 today's deposition.
19       I e-mailed you a copy of the
20 subpoena, correct?
21    A.   Yes.
22    Q.   You received it?
23    A.   Yes.
24    Q.   I have a few questions for you
25 about a January 15th, 2014 job, that I

1 (Pages 1 to 4)

5

M. MARTURANO

1  heard that you did.  Okay?
2  
3       I take it you are an EMT?
4  A.  I am.
5  Q.  Have you ever been deposed
6  before?
7  A.  I thought I did.  But, it was a
8  one-sided thing.  It was more like prep.
9  Q.  You understand that your
10 testimony today is under oath?
11 A.  Yeah.
12 Q.  You have a court reporter here.
13 You have the right to counsel.  I don't
14 think you would need a counsel, but, you
15 have the right to a counsel, if you want.
16      Did you prepare to testify today?
17 A.  Yes, sir.
18 Q.  Did anybody tell you, say this,
19 say that?  Don't say this.  Don't say that.
20      MR. THADANI:  Objection.
21 A.  No.
22 Q.  Do you currently work as an
23 EMT?
24 A.  I do.
25 Q.  Did you have a different job on

6

M. MARTURANO

1  January 15th, 2014?  Different employer?
2  A.  Different employer.
3  Q.  Who is your current employer?
4  A.  Northwell Health, formally
5  North Shore Health.
6  Q.  Northwell Heath?
7  A.  Yeah.  At North Shore Hospital.
8  Q.  On January 15th, 2014, who were
9  you working for?
10 A.  I was working for Senior Care
11 EMS, who was subcontracted through by
12 Kingsbrook Jewish.
13 Q.  What was the first name of it?
14 A.  Senior Care EMS.
15 Q.  Even though you guys were
16 Senior Care, you would respond to all types
17 of calls?
18 A.  Correct.
19      MR. THADANI:  Objection.
20 Q.  How long have you been an EMT,
21 before January 15th, 2014?
22 A.  Since 2009.
23 Q.  Have you ever had any issues
24 with your license; suspended, revoked,

7

M. MARTURANO

1  something of that nature?
2  
3       MR. THADANI:  Objection.
4  A.  Drivers license or --
5  Q.  No, the certificate.
6  A.  No.
7  Q.  Have you ever been disciplined
8  by the employer, for any on-the-job-related
9  activity?
10      MR. THADANI:  Objection.
11 A.  No.
12 Q.  Do you recall this incident on
13 January 14th, 2015, when you responded to
14 339 Lincoln Place, in Brooklyn?
15      MR. THADANI:  Objection.
16 A.  Are you asking me if I recall
17 it?
18 Q.  Yeah.
19 A.  Yes, vaguely.
20 Q.  Do you remember how many calls
21 you had made that day?
22      MR. THADANI:  Objection.
23 A.  No, I do not.
24 Q.  Do you remember where you were
25 coming from, when you responded to this

8

M. MARTURANO

1  call?
2  
3  A.  No.
4  Q.  Do you remember if you got the
5  call over the radio?
6  A.  It comes over, initially, on
7  the radio and then through the computer
8  system.
9  Q.  Were you the driver of the
10 vehicle?
11 A.  I do not remember.
12 Q.  Do you remember who you were
13 with?
14 A.  Yes.
15 Q.  Who was that?
16 A.  Quinton Dolon.
17 Q.  Was it just you two in the car?
18 A.  Correct.
19 Q.  Whose decision was it, to
20 respond to this call?  Was it just in your
21 vicinity?  Did someone directly send you
22 there or something else?
23      MR. THADANI:  Objection.
24 A.  The dispatcher sends us.  They
25 -- it's computerized, closest unit.  They

2 (Pages 5 to 8)

9

M. MARTURANO

1  determine who goes to the calls.
2  Q.   What did you hear over the
3  radio, to the best of your recollection,
4  about the call?
5  A.   Don't recall.
6  Q.   Did you ever create any
7  paperwork about this?
8  A.   Me, personally?  I don't
9  remember.  I don't remember if I was
10 driving or if I was the technician doing
11 the paperwork.  Generally, we do create
12 documentation.
13 Q.   What kind of documentation?
14 A.   Patient care report.
15 Q.   Anything else?
16 A.   Given the situation, we would
17 create an ACS report.
18 Q.   Do you know if that was done?
19 A.   Yes.
20 Q.   It was done?
21 A.   Yes.
22 Q.   Do you recall doing it yourself
23 or you don't know if the other --
24 A.   I don't recall.

10

M. MARTURANO

1  Q.   Other than the patient care
2  report and ACS report, was anything else
3  created by your team?
4  A.   Not that I can recall.
5  Q.   So, you get a call over the
6  radio.  But, you don't remember what it
7  was?
8  A.   I don't remember how they
9  addressed it, no.
10 Q.   When you got to the scene, were
11 you the first responders there?
12 A.   Yes.
13 Q.   What did you do when you got
14 there?
15 A.   We proceeded to go into the
16 building, up to the apartment that was
17 given to us.
18 Q.   How did you get in?
19 A.   Somebody was waiting for us in
20 the hall.
21 Q.   Who?
22 A.   The caller.
23 Q.   A female?
24 A.   Female.

11

M. MARTURANO

1  Q.   Can you describe her?
2  A.   Female, black, heavyset.
3  Q.   Did you speak to her?
4  A.   Yeah, both my partner and I.
5  She said she was the one who called.
6  Q.   Were any questions asked of
7  her?
8  A.   We asked her why she called.
9  Q.   What did she say?
10 A.   I wouldn't be able to tell you
11 verbatim what she said.  Something along
12 the lines of, that she called because she
13 believes her brother-in-law or her sisters'
14 husband, whatever word she used, was
15 touching the baby inappropriately.  Like I
16 said, I don't remember exactly what she
17 said.  Whatever she said was enough for us
18 to have reasonable doubt to go inside, to
19 gain entry, to make sure there wasn't
20 anything going on.
21 Q.   What do you mean by that?
22 A.   We would have to check on the
23 welfare of the baby.  We wouldn't be able
24 to just -- when we got to the apartment he

12

M. MARTURANO

1  wouldn't let us in.
2  Q.   Before we get to that, I want
3  to understand something.  You're saying you
4  couldn't ignore what she said?
5  A.   Correct.
6  MR. THADANI:  Objection.
7  Q.   Where do you get that from?  Is
8  that from some kind of training you had?
9  Where do you get that information from?
10 MR. THADANI:  Objection.
11 A.   It is our training to not
12 ignore an allegation like that.  Because,
13 we're mandated reporters by the state.
14 Even if I wasn't on the job, if I saw
15 something, somebody being abused, an adult
16 or a child, I'm mandated by the state to
17 report it.
18 Q.   You're not necessarily saying
19 that, let's say she directed you upstairs
20 and there was nobody home.  You're not
21 saying you would have the right to break
22 down the door, would you?
23 A.   No.  That would have to be a
24 police matter.

3 (Pages 9 to 12)

13

```
1           M. MARTURANO
2       MR. THADANI:  Objection.
3       Q.   You're saying it was sufficient
4   enough for you to investigate this
5   situation?
6       MR. THADANI:  Objection.
7       A.   Investigate as having to check
8   on the welfare of the child, through police
9   resources.
10      Q.   Does that mean you don't have
11  the right to do it yourself?
12      MR. THADANI:  Objection.
13      A.   I don't have the right to gain
14  entry where I'm not welcomed.  If I was
15  able to make entry into the apartment
16  willingly, then we would do our assessment
17  and -- you know, we would do our
18  assessment.  Then, if we weren't allowed
19  in, then we would have to get police
20  resources involved.
21      Q.   Did you end up calling police
22  at all?
23      A.   I don't remember if it was me
24  or my partner.
25      Q.   One of you did?
```

14

```
1           M. MARTURANO
2       A.   One of us radioed for the cops.
3       Q.   Do you remember anything
4   specific that she said about why she felt
5   the baby was being touched inappropriately?
6   Why it happened?  When she saw it?
7       MR. THADANI:  Objection.
8       A.   Not really.  She said she
9   mainly noticed it when he was changing the
10  baby.
11      Q.   Did you ask her any questions
12  about what she meant by that?  Was he
13  penetrating the baby?  Was the baby a boy
14  or girl?  Did she say any of that --
15      MR. THADANI:  Objection.
16      A.   No.  Well, it was a girl, if
17  I'm not mistaken, the child.
18      Q.   Did she say he was taking down
19  his clothes?  Do you remember if you asked
20  her that?
21      A.   I don't remember.
22      Q.   There was testimony from your
23  partner that this woman appeared mentally
24  disturbed, the one you were speaking to, at
25  the door.  What was your take on that?  Did
```

15

```
1           M. MARTURANO
2   you take that to be the case?
3       MR. THADANI:  Objection.
4       A.   Initially, I didn't get that
5   from her.  I mean, she seemed concerned
6   when -- initially, when we were first
7   talking to her.  Later on, we found out
8   that she had a learning disability or
9   something like that.
10      Q.   You found out she had a
11  learning disability.  Did you find out on
12  your own or did someone tell you that or
13  something else?
14      A.   The sister.  The mother of the
15  child.
16      Q.   Did you notice anything unusual
17  about this woman that met you at the door?
18      A.   Initially, no.
19      MR. THADANI:  Objection.
20      Q.   What about later?
21      A.   Later on, after the sister told
22  us she had a learning disability, her story
23  seemed to be changing or just wasn't
24  consistent with --  wasn't consistent with
25  what she was originally saying.
```

16

```
1           M. MARTURANO
2       Q.   Do you remember what it was
3   that she said, that was inconsistent?
4       When she started talking about
5   the inconsistent stuff, was that before or
6   after you had inspected the baby?
7       MR. THADANI:  Objection.
8       A.   No.
9       Q.   When she started to talk about
10  the inconsistent stuff, was that before or
11  after you had inspected the baby?
12      A.   I don't recall.
13      MR. THADANI:  Objection.
14      Q.   Do you remember if it was
15  before or after the police came?
16      A.   After the police.
17      Q.   Was it after the police gained
18  entry into the apartment, that her story
19  started to change or before, if you know?
20      MR. THADANI:  Objection.
21      A.   I don't recall.
22      Q.   But, you were in the apartment
23  when her story started to change?
24      MR. THADANI:  Objection.
25      A.   Yes.
```

4 (Pages 13 to 16)

17

1          M. MARTURANO
2      Q.   You don't remember,
3   specifically, what it was that caused you
4   to disbelieve her?
5          MR. THADANI:  Objection.
6      A.   No.
7      Q.   Do you remember, specifically,
8   what it was that made you feel it was
9   inconsistent?
10     A.   I wouldn't say that I didn't
11  believe her.  Just -- like I said, her
12  story, after the fact, wasn't consistent
13  with her original story.
14     Q.   If she had said what she
15  originally said, let's say she had said the
16  second story she gave.  If she told you
17  that story at the door, would you still
18  have reason to check on the baby?
19         MR. THADANI:  Objection.
20     A.   Either way, whatever story she
21  told us, it would still be -- give us
22  reasonable suspicion to at least check on
23  the welfare of the child.
24     Q.   Did you end up checking on the
25  welfare of the child?

18

1          M. MARTURANO
2      A.   Yes.
3      Q.   Did you inspect the child?
4      A.   Just an outside, physical
5   assessment.  Nothing invasive.
6      Q.   Did you make a report of that?
7   Was that part of your patient care report?
8      A.   It would have been.  Can I
9   remember if it was?  No.
10     Q.   Do you recall anything about
11  the baby that appeared unusual?
12         MR. THADANI:  Objection.
13     A.   No.
14     Q.   It looked like a healthy baby
15  to you?
16         MR. THADANI:  Yes.
17     A.   Yes.
18     Q.   How long did it take for you to
19  make that assessment that the baby was
20  healthy?
21         MR. THADANI:  Objection.
22     A.   How long?  I'm not sure.  We do
23  assessment of our patients within ten
24  minutes of contact.  Once we made entry and
25  made contact, I guess, within ten minutes.

19

1          M. MARTURANO
2      Q.   When you made the assessment
3   that the baby was healthy, where was my
4   client, Mr. Larry Thompson?  Was he on the
5   floor?  Was he under arrest?
6          MR. THADANI:  Objection.
7      A.   He was already under arrest.  I
8   believe he was already removed from the
9   premises.
10     Q.   But, you made your assessment
11  in the bedroom at the premises?
12     A.   I don't remember if it was in
13  the bedroom, but it was in the apartment.
14     Q.   Did you speak to anybody in the
15  apartment?  Like, the mother or my client,
16  Mr. Thompson?
17         MR. THADANI:  Objection.
18     A.   I didn't speak to Mr. Thompson.
19  The only interaction I had with
20  Mr. Thompson was in the beginning, when we
21  originally tried to gain entry.  I spoke
22  with the mother of the child.
23     Q.   What did the mother say?
24     A.   Like I said, I can't remember
25  exactly what she said.  I remember along

20

1          M. MARTURANO
2   the lines of, it wasn't true, whatever
3   allegations were being said about
4   Mr. Thompson and that the baby had a
5   checkup or something.  I don't remember
6   when.
7      Q.   This woman who called, do you
8   know her name?
9      A.   No.
10     Q.   Do you know where she called
11  from?
12     A.   No.
13     Q.   Did you ever find out if she
14  was present when this thing was taking
15  place, that she alleged was taking place?
16         MR. THADANI:  Objection.
17     A.   No.
18     Q.   I take it, if the wife had said
19  that the allegations weren't true, that
20  someone had shared the allegations with the
21  wife and told her what the call was about?
22         MR. THADANI:  Objection.
23     A.   Yeah, we explained to her what
24  we were told and why we were there.
25     Q.   Did she mention anything about

                              5 (Pages 17 to 20)

21

M. MARTURANO

1  having been at the doctor that day?
2  A.  I don't remember.  I remember
3  her saying the baby had a checkup recently.
4  I don't remember if it was that day.
5  Q.  Did you ask to look at any
6  paperwork from the doctor?
7  A.  No.
8  Q.  Did she mention that Larry
9  Thompson had gone with her and the baby to
10  the doctor that day?
11  MR. THADANI:  Objection.
12  A.  Don't recall.
13  Q.  So, you saw the woman in the
14  front area and she let you in the building;
15  is that right?
16  A.  Correct.
17  Q.  What happened next?  Did she
18  lead you up to the apartment?
19  A.  Don't remember if she led us
20  all the way.  I think she stood -- I don't
21  remember, honestly.
22  Q.  What was her demeanor?  Did she
23  appear nervous, upset?
24  MR. THADANI:  Objection.
25

22

M. MARTURANO

1  A.  I guess nervous.
2  Q.  Was she overweight?
3  MR. THADANI:  Objection.
4  A.  Yeah, she was heavyset.
5  Q.  How old was she?
6  A.  I don't recall.
7  Q.  You knocked on the door
8  yourself, you and your partner?
9  A.  Correct.
10  Q.  Do you remember who knocked,
11  you or him?
12  A.  I don't remember.
13  Q.  What happened when you knocked?
14  A.  I explained that we received a
15  911 call.  When he opened the door, he
16  aggressively said, nobody called here.  I
17  don't remember his words.  I remember the
18  way he said it was aggressive.  He said,
19  nobody called.  I said, are you sure nobody
20  called?  Do you mind if we come in and make
21  sure everybody is all right?  He said no.
22  I said, maybe we have the wrong address.
23  That's what I said, just not to agitate him
24  any further.  That's when we went
25

23

M. MARTURANO

1  downstairs and radioed for the police to
2  gain entry.
3  Q.  At any point, did you make it
4  into the apartment at that visit, with Mr.
5  Thompson?
6  MR. THADANI:  Objection.
7  A.  The original interaction?
8  Q.  Yeah.  Both of you are outside,
9  you and your partner?
10  A.  Yeah.  We never went into the
11  apartment.
12  Q.  You said you never went into
13  the apartment with your partner, before the
14  police arrived, correct?
15  MR. THADANI:  Objection.
16  A.  Correct.
17  Q.  How long was this conversation
18  with him?
19  A.  It was quick.  Maybe two
20  minutes, if that.
21  Q.  Was anybody yelling or
22  screaming, at that point?
23  A.  Not that I recall.
24  Q.  You say he was aggressive.  You
25

24

M. MARTURANO

1  just mean his tone was blunt?  Is that what
2  you mean by aggressive?
3  MR. THADANI:  Objection.
4  A.  It was aggressive towards us.
5  When we told him, he was like, no, nobody
6  called 911 here.
7  Q.  Did he do anything physical?
8  A.  No.  His tone was aggressive.
9  It was an aggressive tone.  You can tell
10  when somebody --
11  Q.  Meaning, he basically didn't
12  want you there?
13  A.  Correct.
14  Q.  Was anybody cursing in that
15  conversation?
16  A.  I don't remember.
17  Q.  Did you mention to him or did
18  your partner mention to him that the person
19  who called was right here?
20  A.  No.
21  Q.  Why not?
22  A.  Like I said, he was aggressive.
23  So, we didn't want to have him agitated any
24  further.  We felt it was already going to
25

6 (Pages 21 to 24)

25

M. MARTURANO

1  be a problem.  So, we called for the cops.
2  Q.  Assume, for argument's sake,
3  that he came out in a very polite way and
4  said, I don't want you to come into my
5  apartment.  I think you have the wrong
6  apartment.  What would you have done in
7  that situation?
8       MR. THADANI:  Objection.
9  A.  We still would have had to gain
10  entry and check on the welfare of the
11  child, because, we already had verification
12  from the third-party caller, that it was at
13  that apartment, at that address.  We would
14  have had to.
15  Q.  Do you think you would have
16  explained to him, if he would have been
17  polite, that the caller is right here, and
18  we will have to call the police if you
19  don't let us in?
20       MR. THADANI:  Objection.
21  A.  If he approached that way,
22  yeah.  But, he was already defying in
23  letting us in.
24  Q.  So, there's nothing in your

26

M. MARTURANO

1  rules and regulations that says you can't
2  tell the person in the home, who the caller
3  is or confidentiality or anything like
4  that?
5       MR. THADANI:  Objection.
6  A.  No.
7  Q.  So, you went downstairs and one
8  of the two of you radioed the police,
9  correct?
10  A.  Right.
11  Q.  Do you remember how you radioed
12  the police?  Had you called 911 or
13  something else?
14  A.  No, we have portable radios
15  that link directly to the fire department.
16  Q.  Who put the call over; if you
17  remember?
18  A.  The fire department.
19  Q.  I mean, between the two of you?
20  A.  Like I said, I don't remember.
21  Q.  What was said?
22  A.  I don't remember.
23  Q.  You think, maybe, it was your
24  partner who put it over; if you don't

27

M. MARTURANO

1  remember?
2  A.  It's possible.  Like I said --
3  Q.  Do you know the sum and
4  substance of what was said?
5  A.  I could tell you what would
6  normally be said.
7  Q.  Not to guess but, just --
8  A.  No, I can't tell you.
9  Q.  Something along the lines, you
10  need police assistance to gain access to
11  the place; is that right?
12       MR. THADANI:  Objection.
13  A.  That's normally what we would
14  say.
15  Q.  Did you wait downstairs inside
16  or out, in your car?
17       MR. THADANI:  Objection.
18  A.  As we walked down the stairs,
19  as we made the call, the cops were there
20  within -- I guess they were already
21  responding.  I'm not sure, because they
22  were there rather quickly.
23  Q.  You think it's probable that
24  the cops didn't even hear your call and

28

M. MARTURANO

1  that they came on their own?
2       MR. THADANI:  Objection.
3  A.  I don't know.
4  Q.  How long were you there, before
5  the cops arrived?
6  A.  I can't recall.
7  Q.  When the cops arrived, where
8  were you, inside or out?
9  A.  Still in the apartment
10  building.
11  Q.  In the building, downstairs?
12  A.  Downstairs.
13  Q.  In the foyer area?
14  A.  Yeah.
15  Q.  How many cops came in?
16  A.  That, I can't tell you.
17  Q.  Two?  Three?  Four?
18       MR. THADANI:  Objection.
19  A.  It was a few cops.  It was more
20  than two.
21  Q.  Did you say anything to the
22  cops?
23  A.  I can't remember.  I'm pretty
24  sure we explained to them the situation.

7 (Pages 25 to 28)

29

1          M. MARTURANO
2      Q.   The situation, being what?
3      A.   That we got a call for possible
4  child abuse or endangerment and the guy
5  wouldn't let us gain entry into the
6  apartment.  So, we need to check on the
7  child.
8      Q.   Did you say anything about his
9  tone being aggressive?
10     A.   Possibly.  I can't remember.
11     Q.   Was the girl still there when
12 the cops arrived?
13     A.   Yes.
14     Q.   Did the cops speak to the girl?
15     A.   Before entering the apartment?
16     Q.   Yeah.
17     A.   I'm not sure.
18     Q.   Was she in the foyer area when
19 you were in the foyer area?
20     A.   I believe so.  I can't
21 remember.
22     Q.   How many cops went upstairs, if
23 you saw?
24         MR. THADANI:  Objection.
25     A.   Like I said.  I don't remember

30

1          M. MARTURANO
2  the exact number.  I remember it being more
3  than two cops.
4      Q.   Did you go with the cops, back
5  upstairs?
6      A.   Yes.
7      Q.   Did any cops stay in the foyer
8  area when you got up?
9      A.   I don't remember.
10     Q.   What happened when you got
11 upstairs?
12     A.   The cops knocked on the door
13 and Mr. Thompson opened the door.  I don't
14 remember what words were exchanged, but, I
15 remember him saying that they can't come in
16 and they won't let them go in and the cop
17 tried to enter the apartment.  At that
18 point Mr. Thompson shoved the cop or pushed
19 the cop.
20     Q.   Couple things, were the cops in
21 uniform?
22     A.   Yes.
23     Q.   You said that Mr. Thompson said
24 that they won't let them in; is that right?
25         MR. THADANI:  Objection.

31

1          M. MARTURANO
2      Q.   That's what you said?
3      A.   Mr. Thompson would not let --
4      Q.   Mr. Thompson or you said, they?
5         MR. THADANI:  Objection.
6      Q.   Meaning, that he spoke to his
7  wife about it or somebody else?
8         MR. THADANI:  Objection.
9      A.   Mr. Thompson would not let the
10 cops in.
11         MR. THADANI:  He misspoke.
12     Q.   You had mentioned that
13 Mr. Thompson said they won't let him in.
14         MR. THADANI:  Objection.
15     A.   I misspoke.
16     Q.   You think it was him not
17 letting them in?
18     A.   Mr. Thompson would not let them
19 in.
20     Q.   Did you see anybody else in the
21 doorway?
22     A.   There was nobody else in the
23 doorway.
24     Q.   How long was this interaction,
25 before the cop tried to force his way in?

32

1          M. MARTURANO
2         MR. THADANI:  Objection.
3      A.   I'm not sure.
4      Q.   Just to be clear, my client
5  told them he doesn't want them coming in,
6  right?  One of the cops proceeded in
7  against my client's will; is that right?
8         MR. THADANI:  Objection.
9      A.   From my point of view, that's
10 when it seemed like he tried to enter the
11 apartment.
12     Q.   When he did that, did he try to
13 push my client aside with his arm?
14     A.   I didn't see that.
15     Q.   Did he try to push the door
16 open?
17     A.   Possibly.
18     Q.   You said, at that point, you
19 said my client shoved the officer; is that
20 right?
21     A.   Yes.
22     Q.   Where did he shove him; in the
23 arm, in the chest, something else?
24     A.   In the midsection.
25     Q.   When you say push, do you mean

8 (Pages 29 to 32)

33

M. MARTURANO

1  push back to keep him out of the apartment?
2  MR. THADANI: Objection.
3  A.   No, it was an aggressive shove,
4  aggressive push.
5  Q.   What do you mean?
6  A.   Like, a hard push.
7  Q.   Two hands?
8  A.   Yes.
9  Q.   Did the cop fall?
10  A.   I don't recall.  I recall
11  stumbling.  I don't recall falling.
12  Q.   What happened next?
13  A.   They proceeded to handcuff
14  Mr. Thompson and, at that point, he was
15  resisting.
16  Q.   Where did they handcuff?  In
17  the hallway?  In the apartment?
18  A.   It was right over the
19  threshold.
20  Q.   Did all the cops participate in
21  that grabbing my client to put him in
22  handcuffs?
23  MR. THADANI: Objection.
24  A.   I don't recall how many cops

34

M. MARTURANO

1  there were.
2  Q.   Were there any cops not
3  participating?
4  A.   I don't recall.
5  MR. THADANI: Objection.
6  Q.   Were any punching or kicking?
7  A.   I didn't see any punching.
8  Q.   Did anybody put their knee in
9  my client's back?
10  A.   I didn't see that.
11  Q.   Did you see if they got him in
12  handcuffs?
13  A.   They did, eventually.
14  Q.   Did you see it?
15  A.   When he was in handcuffs?
16  Q.   Did you see how they put him in
17  handcuffs?
18  A.   No, I saw the motion of them --
19  Q.   So, from the time of the push,
20  to the time they put his hands behind his
21  back and put him in cuffs, how long are we
22  talking about?
23  A.   A minute, two minutes.  I can't
24  recall.

35

M. MARTURANO

1  Q.   All that happens in the
2  threshold of the door?
3  MR. THADANI: Objection.
4  A.   Right.
5  Q.   Before the cop tried to get in
6  the apartment, did anybody tell him, if he
7  doesn't let them in, he's going to be under
8  arrest?
9  A.   Yes, there was one of the cops.
10  I can't remember who it was.  They did
11  state to him, they did tell him that he
12  would be interfering with possible patient
13  care.
14  Q.   They didn't say they were going
15  to arrest him though?
16  MR. THADANI: Objection.
17  A.   I don't remember, no.  I
18  remember them telling him that he would be
19  interfering with an investigation for
20  patient care.  Something along those lines.
21  Q.   Was there any discussion you
22  heard about getting a warrant?
23  A.   Not that I remember.
24  Q.   Did you ever receive training

36

M. MARTURANO

1  about that?  About when you need a warrant
2  and when you don't need a warrant?
3  A.   No.
4  Q.   You said my client was
5  resisting.  What do you mean?  How?
6  A.   How else do people resist?
7  They struggle with the cops not to be
8  restrained.
9  Q.   Does that mean he wasn't, like,
10  putting his hands behind his back?
11  MR. THADANI: Objection.
12  A.   Just fighting with the -- yeah,
13  wasn't putting his hands behind his back,
14  resisting.  Yeah, that's all I can really
15  say.
16  Q.   Did he punch anybody?
17  A.   I didn't see him.
18  Q.   Kick anybody?
19  A.   Couldn't tell.
20  Q.   Did you hear any yelling and
21  screaming when this was taking place?
22  A.   Yeah, he was yelling.
23  Q.   What was he saying?
24  A.   I don't remember.

9 (Pages 33 to 36)

37

M. MARTURANO
1
2    Q.   Were the cops yelling?
3    A.   Yeah, there was yelling going
4  on.  Do I remember what they said?  No.
5    Q.   Did you see any neighbors
6  looking on, at that time?
7    A.   No, not that I recall.
8    Q.   You saw that he was in cuffs at
9  some point, right?
10   A.   Yes.
11   Q.   When he was in cuffs, was he in
12 the foyer area or the hallway or somewhere
13 else?
14         MR. THADANI:  Objection.
15   A.   He was in the hallway, standing
16 up.
17   Q.   At any point, did you hear him
18 yell; my back, my back?  Anything like
19 that?
20   A.   No.
21   Q.   Did they have him facedown on
22 the floor?
23         MR. THADANI:  Objection.
24   A.   I don't recall.
25   Q.   At that point, did some of the

38

M. MARTURANO
1
2  officers tell you to go in or you went in
3  on your own?
4    A.   Once he was restrained, we went
5  in.
6    Q.   The question is, who told you
7  to go in?  You decided to go in on your own
8  or the cops told you to go in or something
9  else?
10   A.   I don't remember who told us to
11 go in.  We went in.
12   Q.   Where did you go in, at that
13 point?
14   A.   To the back of the apartment.
15   Q.   That was the first time you had
16 gone in?
17   A.   Correct.
18   Q.   And you saw the wife?
19   A.   Yes.
20   Q.   And the baby?
21   A.   Right.
22   Q.   And you did the assessment.
23   A.   Right.
24   Q.   She didn't resist at all, the
25 assessment?

39

M. MARTURANO
1
2         MR. THADANI:  Objection.
3    A.   No.
4    Q.   Did you tell the cops at the
5  scene, that the baby looks fine?
6    A.   I don't recall what we said.
7  But, regardless of if we thought the baby
8  looked fine or not, the baby had to be
9  assessed.
10   Q.   We'll get to that.  I'm trying
11 to see if you told the cops --
12   A.   I don't remember.
13   Q.   Did your partner say that to
14 them?
15   A.   I'm not sure.
16   Q.   Were the police in the room
17 with you when you did the inspection?
18   A.   Yes.
19   Q.   You said that lasted, maybe,
20 ten minutes?
21   A.   Yeah, if that.
22         MR. THADANI:  Objection.
23   Q.   Could have been less?
24   A.   Could have been less.
25   Q.   Did you see a diaper rash?

40

M. MARTURANO
1
2    A.   No.  We don't inspect private
3  parts, if we don't have to.
4    Q.   Did you inspect the private
5  parts?
6    A.   No.
7    Q.   What did you inspect about the
8  baby?
9    A.   Just the overall behavior of
10 the baby.  It was baby was acting abnormal.
11 If the baby was crying or any discoloration
12 of the baby, indicating maybe malnutrition
13 or anything like that.
14   Q.   Did you determine if the baby
15 didn't need immediate medical care to save
16 its life?
17   A.   Correct.
18   Q.   Did you tell her she had to go
19 to the hospital or the cops or something
20 else?
21   A.   I believe we said that the baby
22 would have to go to the hospital to be
23 evaluated.
24   Q.   Do you think that's when she
25 told you she had been to the doctor that

10  (Pages 37 to 40)

41

M. MARTURANO

1    day with the baby?
2        MR. THADANI:  Objection.
3        A.   I don't recall.
4        Q.   Did she agree to go to the
5    hospital?
6        A.   Yes.
7        Q.   Did she go with you to the
8    hospital?
9        A.   Yes.
10       Q.   You took her in the ambulance?
11       A.   Yes.
12       Q.   Who else did you take in the
13   ambulance; the baby, the mother, anyone
14   else?
15       A.   The baby, the mother, I think
16   the sister came.  That, I can't remember.
17       Q.   At any point, did you tell the
18   cops that the caller had become
19   inconsistent?
20       A.   I don't recall.
21       Q.   Did the cops seem to realize
22   that there was a problem with the caller?
23   Did they seem to understand that?
24       MR. THADANI:  Objection.
25

42

M. MARTURANO

1        A.   I don't recall.
2        Q.   Did the sister in the room, say
3    that she had a learning disability, in
4    front of the cops?
5        A.   In front of the cops?  Not
6    sure.  The cops were in the room with us
7    most of the time.  She told me and my
8    partner.
9        Q.   You don't think that
10   information was hidden from the cops?
11       MR. THADANI:  Objection.
12       A.   I'm not sure.
13       Q.   Did the cops tell you to do
14   anything, like go to the hospital or
15   anything else?
16       A.   No.
17       Q.   Did they tell you not to do
18   anything?
19       MR. THADANI:  Objection.
20       A.   No.
21       Q.   You dropped the baby off at the
22   emergency room?
23       A.   Correct.
24       Q.   Did you give any kind of
25

43

M. MARTURANO

1    assessment to the people at the emergency
2    room?
3        A.   A report, you mean?
4        Q.   Report or anything else?
5        A.   Yeah.  I mean, we just
6    explained to them what we were told.  That
7    it was possible that she was, the baby, was
8    being either molested or abused and told
9    them that our initial findings was that the
10   baby seems healthy, nothing wrong with the
11   baby.
12       Q.   Have you ever had a case where
13   a baby was molested or abused and you could
14   tell by looking at the baby?
15       MR. THADANI:  Objection.
16       A.   I can't recall.
17       Q.   Do you remember any
18   conversations you had with the cops, at any
19   point?
20       MR. THADANI:  Objection.
21       A.   No.  Besides sharing whatever
22   information, when you do the ACS report,
23   you have to have the date of birth, names,
24   phone numbers, for people in the household.
25

44

M. MARTURANO

1    That is the only time we really share
2    information.
3        Q.   Other then submitting an ACS
4    report, did you ever speak to anybody from
5    ACS?
6        A.   We did.  I don't remember who
7    it was.  I don't remember who did the
8    report.
9        Q.   You said you spoke to someone
10   from ACS?
11       A.   Me, personally?  I don't
12   remember if it was me or my partner.
13       Q.   One of the two of you did?
14       A.   Yeah.  When you make the ACS
15   report, you fax it over to the hotline.
16   You explain to the case worker what you saw
17   and they give you a case number and
18   followup after that.
19       Q.   Was there anything in your
20   report about this woman having a learning
21   disability or changing her story?
22       MR. THADANI:  Objection.
23       A.   I don't remember.
24       Q.   Do you know what was said to
25

11 (Pages 41 to 44)

45

```
1              M. MARTURANO
2   the ACS worker?
3       A.   No.
4       Q.   Do you recall anything that was
5   said, other than what you testified to
6   already?  Do you remember anything that was
7   said by the cops or to the cops?
8       A.   No.
9       Q.   Before the officer tried to
10  force his way into the apartment, was my
11  client, at any point, physically
12  confrontational?
13           MR. THADANI:  Objection.
14      A.   Physically?  No.  Like I said,
15  he was aggressive the whole time, his
16  demeanor, his tone.
17      Q.   Anything about this incident
18  that you remember, that I haven't asked you
19  about?
20           MR. THADANI:  Objection.
21      A.   No, sir.
22      Q.   What's that?
23      A.   I said, no, sir.
24      Q.   Just to clarify, you said that
25  they told him that he might be interfering
```

46

```
1              M. MARTURANO
2   with an investigation if he didn't let them
3   in.  But, not necessarily that he would be
4   arrested, if he didn't let them in?
5           MR. THADANI:  Objection.
6       A.   I don't remember.  I remember
7   him being warned.
8       Q.   About?
9       A.   About him interfering with our
10  patient care or checking on the patient.
11      Q.   But, you don't remember anybody
12  saying he would be arrested?
13           MR. THADANI:  Objection.
14      A.   I cannot recall.
15      Q.   Can you describe the officer
16  who tried to push his way in?
17           MR. THADANI:  Objection.
18      A.   No.
19      Q.   Were all the officers in
20  uniform?
21      A.   Yes.
22      Q.   I may have asked you this
23  before, but, how many officers grabbed him
24  to try to arrest him?
25      A.   I don't recall.
```

47

```
1              M. MARTURANO
2           MR. ZELMAN:  I have nothing
3   further.  Thank you very much.
4           MR. THADANI:  I have some
5   questions.
6   EXAMINATION BY
7   MR. THADANI:
8       Q.   Once again, my name is Kavin
9   Thadani.  I'm an attorney for the City of
10  New York and the Defendant Police officers.
11  Just to followup on a few things.
12           You said you didn't remember
13  what came over the radio when you first
14  responded to the location.  But, do you
15  remember anything, at all, about the call?
16  Not necessarily specifics, what you were
17  told.  Just anything, in general, about why
18  you were being called to that location?
19      A.   I don't remember what the tech
20  said in the computer.  I just remember
21  being met downstairs and that was basically
22  the possible abuse going on by the
23  third-party caller.
24      Q.   Do you remember, during that
25  call that you received or whether through
```

48

```
1              M. MARTURANO
2   the computer, that you were told that it
3   was a case of possible child abuse?
4       A.   No, I don't remember.
5       Q.   When you first went up to the
6   apartment and knocked on the plaintiff's
7   door and it was just you and your partner
8   and officers had not yet arrived, can you
9   describe, in more detail, what the
10  plaintiff's demeanor was like, at that
11  time, when he answered the door?
12      A.   I could just say, aggressive
13  and agitated.  It wasn't welcoming.  He
14  seemed mad that we were there.  He said,
15  no, nobody called 911 here, and closed the
16  door.
17      Q.   Do you remember, at any point,
18  him using vulgar language, cursing,
19  anything like that?
20      A.   I don't remember any details of
21  anything that was said.  I remember knowing
22  that his demeanor was aggressive and
23  agitated and I knew that he wasn't going to
24  let us in the apartment without gaining
25  entry through the police.
```

12 (Pages 45 to 48)

49

```
 1              M. MARTURANO
 2       Q.   Is it fair to say that you felt
 3   you needed to gain entry to check on the
 4   child, regardless of whether Mr. Thompson
 5   wanted you to come in or not?
 6       A.   Yes.
 7            MR. ZELMAN:  Objection.
 8       Q.   When you went up to the
 9   apartment the second time, with the
10   officers, how would you describe
11   Mr. Thompson's demeanor, at that point?
12       A.   The same.  But, probably more
13   agitated.  Because, now the cops are
14   involved.  More aggressive, more agitated.
15       Q.   Do you recall, at this point,
16   him cursing or anything like that?
17       A.   I really can't remember what
18   was said.
19       Q.   Now, you had indicated earlier
20   that when the officers attempted to
21   handcuff and arrest Mr. Thompson, he
22   resisted arrest; do you remember that?
23       A.   Yes.
24       Q.   Do you remember, any point, and
25   I think you had said that you didn't see
```

50

```
 1              M. MARTURANO
 2   any pushing or kicking or anything like
 3   that, right?
 4       A.   No.
 5       Q.   Do you recall ever seeing
 6   Mr. Thompson try to swing, or try to throw
 7   a punch and not being able to do that?
 8       A.   No, I don't recall seeing that.
 9       Q.   Do you recall, prior to the
10   time that Mr. Thompson was arrested, seeing
11   any neighbors or other civilian witnesses
12   in the hallway or the area, observing what
13   was going on?
14       A.   No, I don't remember anybody.
15       Q.   After Mr. Thompson was
16   arrested, do you remember him making any
17   statements, at all, to anybody?  Whether it
18   be about complaints about injuries or
19   complaints about being arrested or anything
20   like that?
21       A.   No.
22       Q.   Do you remember him,
23   specifically, making any complaints about
24   his back?
25       A.   No.
```

51

```
 1              M. MARTURANO
 2       Q.   Where was the officer standing,
 3   in relation to the door, when Mr. Thompson
 4   pushed him?  Was he in the doorway?
 5   Approaching the doorway?  Something else?
 6       A.   If this was the door.  The door
 7   opened inwards.  Larry Thompson was
 8   standing -- the door was opened about,
 9   little less than three quarters of the way
10   and the officer was on this side of the
11   door, if I'm not mistaken.  So,
12   Mr. Thompson was standing in the doorway,
13   officer over here, talking to him and then
14   he tried to open the door.  He went into
15   the motion of opening the door further and
16   that's when he was pushed.
17       Q.   At that point, the officer's
18   feet would have been outside of the
19   doorway, because Mr. Thompson was standing
20   at the doorway, right?
21       A.   I'm not sure.  I believe the
22   officer never -- the only thing he did do
23   was open the door.  He didn't physically go
24   in the apartment at that time.
25            MR. ZELMAN:  Objection.
```

52

```
 1              M. MARTURANO
 2       Q.   Do you remember if the officer
 3   said anything, immediately before
 4   attempting to start approaching the
 5   doorway?
 6       A.   I don't recall.
 7            MR. THADANI:  I have no further
 8   questions.
 9            (Whereupon, at 11:50 A.M., the
10   Examination of this Witness was
11   concluded.)
12
13

                    _____
14                     MATTHEW MARTURANO
15
16   Subscribed and sworn to before me
17   this _____ day of _____ 20___.
18
                    _____
19                     NOTARY PUBLIC
20
21
22
23
24
25
```

13 (Pages 49 to 52)

53

```
 1            M. MARTURANO
 2           E X H I B I T S
 3
 4   EXHIBITS:
 5
 6   EXHIBIT  EXHIBIT          PAGE
 7   (NONE)
 8
 9
10           I N D E X
11
12   EXAMINATION BY            PAGE
13   MR. ZELMAN             4
14   MR. THADANI           47
15
16
17    INFORMATION AND/OR DOCUMENTS REQUESTED
18   INFORMATION AND/OR DOCUMENTS      PAGE
19   (NONE)
20
21
22     QUESTIONS MARKED FOR RULINGS
23   PAGE LINE QUESTION
24   (NONE)
25
```

54

```
 1            M. MARTURANO
 2         C E R T I F I C A T E
 3
 4   STATE OF NEW YORK    )
                          : SS.:
 5   COUNTY OF NEW YORK   )
 6
 7       I, JAMIE BORTNER, a Notary Public for
 8   and within the State of New York, do hereby
 9   certify:
10       That the witness whose examination is
11   hereinbefore set forth was duly sworn and
12   that such examination is a true record of
13   the testimony given by that witness.
14       I further certify that I am not
15   related to any of the parties to this
16   action by blood or by marriage and that I
17   am in no way interested in the outcome of
18   this matter.
19       IN WITNESS WHEREOF, I have hereunto
20   set my hand this 16th day of November 2016.
21
22
23     _____
             JAMIE BORTNER
24
25
```

14 (Pages 53 to 54)

| A |
|---|

**able (4)**
11:11,24 13:15 50:7
**abnormal (1)**
40:10
**abuse (3)**
29:4 47:22 48:3
**abused (3)**
12:16 43:9,14
**access (1)**
27:11
**ACS (8)**
9:18 10:3 43:23 44:4
44:6,11,15 45:2
**acting (1)**
40:10
**action (1)**
54:16
**activity (1)**
7:9
**address (3)**
4:12 22:23 25:14
**addressed (1)**
10:10
**administer (1)**
3:11
**adult (1)**
12:16
**aggressive (14)**
22:19 23:25 24:3,5,9
24:10,23 29:9 33:4
33:5 45:15 48:12
48:22 49:14
**aggressively (1)**
22:17
**agitate (1)**
22:24
**agitated (5)**
24:24 48:13,23 49:13
49:14
**agree (1)**
41:5
**AGREED (2)**
3:5,20
**allegation (1)**
12:13

**allegations (3)**
20:3,19,20
**alleged (1)**
20:15
**allowed (1)**
13:18
**ambulance (2)**
41:11,14
**AND/OR (2)**
53:17,18
**answered (1)**
48:11
**ANTHONY (2)**
1:10 2:13
**anybody (13)**
5:18 19:14 23:22
24:15 31:20 34:9
35:7 36:17,19 44:5
46:11 50:14,17
**apartment (28)**
10:17 11:25 13:15
16:18,22 19:13,15
21:19 23:5,12,14
25:6,7,14 28:10
29:6,15 30:17
32:11 33:2,18 35:7
38:14 45:10 48:6
48:24 49:9 51:24
**appear (1)**
21:24
**appeared (2)**
14:23 18:11
**appearing (1)**
4:17
**approached (1)**
25:22
**approaching (2)**
51:5 52:4
**area (7)**
21:15 28:14 29:18,19
30:8 37:12 50:12
**argument's (1)**
25:3
**arm (2)**
32:13,23
**arrest (7)**
19:5,7 35:9,16 46:24

49:21,22
**arrested (5)**
46:4,12 50:10,16,19
**arrived (5)**
23:15 28:6,8 29:12
48:8
**aside (1)**
32:13
**asked (5)**
11:7,9 14:19 45:18
46:22
**asking (1)**
7:16
**assessed (1)**
39:9
**assessment (10)**
13:16,18 18:5,19,23
19:2,10 38:22,25
43:2
**assistance (1)**
27:11
**Assume (1)**
25:3
**attempted (1)**
49:20
**attempting (1)**
52:4
**attorney (1)**
47:9
**Attorneys (2)**
2:4,10
**authorized (1)**
3:11
**Avenue (1)**
4:13
**A.M (2)**
1:16 52:9

| B |
|---|

**B (1)**
53:2
**baby (36)**
11:16,24 14:5,10,13
14:13 16:6,11
17:18 18:11,14,19
19:3 20:4 21:4,10
38:20 39:5,7,8 40:8

40:10,10,11,12,14
40:21 41:2,14,16
42:22 43:8,11,12,14
43:15
**back (10)**
30:4 33:2 34:10,22
36:11,14 37:18,18
38:14 50:24
**basically (2)**
24:12 47:21
**bedroom (2)**
19:11,13
**beginning (1)**
19:20
**behavior (1)**
40:9
**believe (5)**
17:11 19:8 29:20
40:21 51:21
**believes (1)**
11:14
**BERTRAM (2)**
1:10 2:14
**best (1)**
9:4
**birth (1)**
43:24
**black (1)**
11:3
**blood (1)**
54:16
**blunt (1)**
24:2
**Bortner (3)**
1:24 54:7,23
**BOUWMANS (2)**
1:9 2:12
**boy (1)**
14:13
**break (1)**
12:22
**Brooklyn (4)**
1:23 2:6 4:14 7:14
**brother-in-law (1)**
11:14
**building (4)**
10:17 21:15 28:11,12

---

**C**

C (3)
2:2 54:2,2
call (14)
8:2,5,20 9:5 10:6
20:21 22:16 25:19
26:17 27:20,25
29:3 47:15,25
called (15)
4:2 11:6,9,13 20:7,10
22:17,20,21 24:7,20
25:2 26:13 47:18
48:15
caller (7)
10:23 25:13,18 26:3
41:19,23 47:23
calling (1)
13:21
calls (3)
6:18 7:20 9:2
car (2)
8:17 27:17
care (10)
6:11,15,17 9:15 10:2
18:7 35:14,21
40:15 46:10
CARTER (1)
2:8
case (6)
1:6 15:2 43:13 44:17
44:18 48:3
caused (1)
17:3
certificate (1)
7:5
certification (1)
3:8
certify (2)
54:9,14
change (2)
16:19,23
changing (3)
14:9 15:23 44:22
check (7)
11:23 13:7 17:18,22
25:11 29:6 49:3
checking (2)

17:24 46:10
checkup (2)
20:5 21:4
chest (1)
32:23
child (13)
12:17 13:8 14:17
15:15 17:23,25
18:3 19:22 25:12
29:4,7 48:3 49:4
Church (1)
2:15
City (4)
1:7 2:9,10 47:9
Civil (1)
1:21
civilian (1)
50:11
clarify (1)
45:24
CLARK (2)
1:8 2:11
clear (1)
32:4
client (8)
19:4,15 32:4,13,19
33:22 36:5 45:11
client's (2)
32:7 34:10
closed (1)
48:15
closest (1)
8:25
clothes (1)
14:19
come (4)
22:21 25:5 30:15
49:5
comes (1)
8:6
coming (2)
7:25 32:5
complaints (3)
50:18,19,23
computer (3)
8:7 47:20 48:2
computerized (1)

8:25
concerned (1)
15:5
concluded (1)
52:11
confidentiality (1)
26:4
confrontational (1)
45:12
consistent (3)
15:24,24 17:12
contact (2)
18:24,25
conversation (2)
23:18 24:16
conversations (1)
43:19
cop (6)
30:16,18,19 31:25
33:10 35:6
cops (40)
14:2 25:2 27:20,25
28:6,8,16,20,23
29:12,14,22 30:3,4
30:7,12,20 31:10
32:6 33:21,25 34:3
35:10 36:8 37:2
38:8 39:4,11 40:19
41:19,22 42:5,6,7
42:11,14 43:19
45:7,7 49:13
copy (3)
3:14,17 4:19
CORPORATION ...
2:9
correct (13)
4:20 6:19 8:18 12:6
21:17 22:10 23:15
23:17 24:14 26:10
38:17 40:17 42:24
counsel (6)
2:9 3:6,17 5:13,14,15
COUNTY (1)
54:5
Couple (1)
30:20
court (5)

1:2,20,23 3:13 5:12
create (3)
9:7,12,18
created (1)
10:4
crying (1)
40:11
cuffs (3)
34:22 37:8,11
current (1)
6:4
currently (1)
5:22
cursing (3)
24:15 48:18 49:16

---

**D**

D (2)
3:2 53:10
date (2)
1:15 43:24
DAVID (2)
2:4,6
day (7)
7:21 21:2,5,11 41:2
52:17 54:20
days (1)
3:16
decided (1)
38:7
decision (1)
8:19
Defendant (1)
47:10
Defendants (2)
1:12 2:10
defying (1)
25:23
demeanor (5)
21:23 45:16 48:10,22
49:11
department (3)
2:9 26:16,19
deposed (1)
5:5
deposition (5)
1:18 3:8,9,14 4:18

describe (4)
11:2 46:15 48:9
  49:10
detail (1)
48:9
details (1)
48:20
determine (2)
9:2 40:14
Diamond (1)
1:22
diaper (1)
39:25
different (3)
5:25 6:2,3
directed (1)
12:20
directly (2)
8:21 26:16
disability (5)
15:8,11,22 42:4
  44:22
disbelieve (1)
17:4
disciplined (1)
7:7
discoloration (1)
40:11
discussion (1)
35:22
dispatcher (1)
8:24
DISTRICT (2)
1:2,2
disturbed (1)
14:24
doctor (4)
21:2,7,11 40:25
documentation (2)
9:13,14
DOCUMENTS (2)
53:17,18
DOE(S) (2)
1:11 2:14
doing (2)
9:11,23
Dolon (1)

8:16
door (21)
12:23 14:25 15:17
  17:17 22:8,16
  30:12,13 32:15
  35:3 48:7,11,16
  51:3,6,6,8,11,14,15
  51:23
doorway (8)
31:21,23 51:4,5,12
  51:19,20 52:5
doubt (1)
11:19
downstairs (6)
23:2 26:8 27:16
  28:12,13 47:21
driver (1)
8:9
Drivers (1)
7:4
driving (1)
9:11
dropped (1)
42:22
duly (2)
4:3 54:11
———————
E
E (9)
2:2,2 3:2,2 4:2 53:2
  53:10 54:2,2
earlier (1)
49:19
Eastern (2)
1:2 2:5
effect (2)
3:12,15
either (2)
17:20 43:9
emergency (2)
42:23 43:2
employer (4)
6:2,3,4 7:8
EMS (2)
6:12,15
EMT (3)
5:3,23 6:21

endangerment (1)
29:4
enter (2)
30:17 32:10
entering (1)
29:15
entry (11)
11:20 13:14,15 16:18
  18:24 19:21 23:3
  25:11 29:5 48:25
  49:3
ESQ (4)
2:4,6,8,16
evaluated (1)
40:23
eventually (1)
34:14
everybody (1)
22:22
exact (1)
30:2
exactly (2)
11:17 19:25
examination (6)
4:7 47:6 52:10 53:12
  54:10,12
examined (1)
4:5
exchanged (1)
30:14
EXHIBIT (2)
53:6,6
EXHIBITS (1)
53:4
explain (1)
44:17
explained (5)
20:23 22:15 25:17
  28:25 43:7
e-mailed (1)
4:19
———————
F
F (2)
3:2 54:2
facedown (1)
37:21

fact (1)
17:12
fair (1)
49:2
fall (1)
33:10
falling (1)
33:12
fax (1)
44:16
Federal (1)
1:21
feel (1)
17:8
feet (1)
51:18
felt (3)
14:4 24:25 49:2
female (3)
10:24,25 11:3
fighting (1)
36:13
filing (1)
3:7
find (2)
15:11 20:13
findings (1)
43:10
fine (2)
39:5,8
fire (2)
26:16,19
first (7)
4:3 6:14 10:12 15:6
  38:15 47:13 48:5
floor (2)
19:5 37:22
follows (1)
4:6
followup (2)
44:19 47:11
force (3)
3:15 31:25 45:10
form (1)
3:21
formally (1)
6:5

**forth (1)**
54:11
**found (2)**
15:7,10
**Four (1)**
28:18
**foyer (5)**
28:14 29:18,19 30:7
  37:12
**front (3)**
21:15 42:5,6
**further (7)**
3:20 22:25 24:25
  47:3 51:15 52:7
  54:14

———————————
**G**
**gain (8)**
11:20 13:13 19:21
  23:3 25:10 27:11
  29:5 49:3
**gained (1)**
16:17
**gaining (1)**
48:24
**general (1)**
47:17
**Generally (1)**
9:12
**GERARD (2)**
1:9 2:12
**getting (1)**
35:23
**girl (4)**
14:14,16 29:11,14
**give (3)**
17:21 42:25 44:18
**given (3)**
9:17 10:18 54:13
**go (16)**
10:16 11:19 30:4,16
  38:2,7,7,8,11,12
  40:18,22 41:5,8
  42:15 51:23
**goes (1)**
9:2
**going (8)**

11:21 24:25 35:8,15
  37:3 47:22 48:23
  50:13
**Good (2)**
4:15,16
**grabbed (1)**
46:23
**grabbing (1)**
33:22
**guess (4)**
18:25 22:2 27:8,21
**guy (1)**
29:4
**guys (1)**
6:16

———————————
**H**
**H (2)**
4:2 53:2
**hall (1)**
10:21
**hallway (4)**
33:18 37:12,15 50:12
**hand (1)**
54:20
**handcuff (3)**
33:14,17 49:21
**handcuffs (4)**
33:23 34:13,16,18
**hands (4)**
33:8 34:21 36:11,14
**happened (5)**
14:6 21:18 22:14
  30:10 33:13
**happens (1)**
35:2
**hard (1)**
33:7
**Health (2)**
6:5,6
**healthy (4)**
18:14,20 19:3 43:11
**hear (4)**
9:3 27:25 36:21
  37:17
**heard (2)**
5:2 35:23

**Heath (1)**
6:7
**heavyset (2)**
11:3 22:5
**held (1)**
1:22
**hereinbefore (1)**
54:11
**hereunto (1)**
54:19
**hidden (1)**
42:11
**home (2)**
12:21 26:3
**honestly (1)**
21:22
**hospital (6)**
6:8 40:19,22 41:6,9
  42:15
**hotline (1)**
44:16
**household (1)**
43:25
**husband (1)**
11:15

———————————
**I**
**ignore (2)**
12:5,13
**immediate (1)**
40:15
**immediately (1)**
52:3
**inappropriately (2)**
11:16 14:5
**incident (2)**
7:12 45:17
**inconsistent (5)**
16:3,5,10 17:9 41:20
**indicated (1)**
49:19
**indicating (1)**
40:12
**information (6)**
12:10 42:11 43:23
  44:3 53:17,18
**initial (1)**

43:10
**initially (4)**
8:6 15:4,6,18
**injuries (1)**
50:18
**inside (3)**
11:19 27:16 28:9
**inspect (4)**
18:3 40:2,4,7
**inspected (2)**
16:6,11
**inspection (1)**
39:17
**interaction (3)**
19:19 23:8 31:24
**interested (1)**
54:17
**interfering (4)**
35:13,20 45:25 46:9
**invasive (1)**
18:5
**investigate (2)**
13:4,7
**investigation (2)**
35:20 46:2
**involved (2)**
13:20 49:14
**inwards (1)**
51:7
**issues (1)**
6:24

———————————
**J**
**Jamie (3)**
1:24 54:7,23
**January (5)**
4:25 6:2,9,22 7:13
**Jewish (1)**
6:13
**job (3)**
4:25 5:25 12:15
**JOHN/JANE (2)**
1:11 2:14
**Judge (1)**
3:13

———————————
**K**

**Kavin (2)**
2:16 47:8
**keep (1)**
33:2
**Kick (1)**
36:19
**kicking (2)**
34:7 50:2
**kind (3)**
9:14 12:9 42:25
**Kingsbrook (1)**
6:13
**knee (1)**
34:9
**knew (1)**
48:23
**knocked (5)**
22:8,11,14 30:12
48:6
**know (9)**
9:19,24 13:17 16:19
20:8,10 27:4 28:4
44:25
**knowing (1)**
48:21

_____
**L**
**L (2)**
3:2,2
**language (1)**
48:18
**Larry (5)**
1:3 2:5 19:4 21:9
51:7
**lasted (1)**
39:19
**LAW (1)**
2:9
**lead (1)**
21:19
**learning (5)**
15:8,11,22 42:4
44:21
**led (1)**
21:20
**letting (2)**
25:24 31:17

**let's (2)**
12:20 17:15
**license (2)**
6:25 7:4
**life (1)**
40:16
**Lincoln (1)**
7:14
**LINE (1)**
53:23
**lines (4)**
11:13 20:2 27:10
35:21
**link (1)**
26:16
**little (1)**
51:9
**location (2)**
47:14,18
**long (7)**
6:21 18:18,22 23:18
28:5 31:24 34:22
**look (1)**
21:6
**looked (2)**
18:14 39:8
**looking (2)**
37:6 43:15
**looks (1)**
39:5

_____
**M**
**M (53)**
4:1,2,2 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1
**mad (1)**

48:14
**making (2)**
50:16,23
**malnutrition (1)**
40:12
**mandated (2)**
12:14,17
**MARKED (1)**
53:22
**marriage (1)**
54:16
**Marturano (54)**
1:19 4:1,11 5:1 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1,14 53:1
54:1
**matter (2)**
12:25 54:18
**Matthew (3)**
1:19 4:11 52:14
**mean (12)**
11:22 13:10 15:5
24:2,3 26:20 32:25
33:6 36:6,10 43:4,6
**Meaning (2)**
24:12 31:6
**meant (1)**
14:12
**medical (1)**
40:15
**mentally (1)**
14:23
**mention (4)**
20:25 21:9 24:18,19
**mentioned (1)**
31:12
**met (2)**

15:17 47:21
**midsection (1)**
32:24
**mind (1)**
22:21
**minute (1)**
34:24
**minutes (5)**
18:24,25 23:21 34:24
39:20
**misspoke (2)**
31:11,15
**mistaken (2)**
14:17 51:11
**molested (2)**
43:9,14
**MONTEFUSCO (2)**
1:8 2:11
**morning (2)**
4:15,16
**mother (6)**
15:14 19:15,22,23
41:14,16
**motion (2)**
34:19 51:15

_____
**N**
**N (4)**
2:2 3:2 4:2 53:10
**name (4)**
4:9 6:14 20:8 47:8
**names (1)**
43:24
**nature (1)**
7:2
**necessarily (3)**
12:19 46:3 47:16
**need (6)**
5:14 27:11 29:6 36:2
36:3 40:15
**needed (1)**
49:3
**neighbors (2)**
37:5 50:11
**nervous (2)**
21:24 22:2
**never (3)**

23:11,13 51:22
**New (15)**
1:2,7,24,25 2:6,9,10
2:15,15 4:4,14
47:10 54:4,5,8
**Non-Party (1)**
1:18
**normally (2)**
27:7,14
**North (2)**
6:6,8
**Northwell (2)**
6:5,7
**Notary (4)**
1:25 4:4 52:19 54:7
**notice (1)**
15:16
**noticed (1)**
14:9
**November (2)**
1:15 54:20
**number (2)**
30:2 44:18
**numbers (1)**
43:25

**O**

**O (2)**
3:2 4:2
**oath (2)**
3:12 5:10
**Objection (72)**
5:20 6:20 7:3,10,15
7:22 8:23 12:7,11
13:2,6,12 14:7,15
15:3,19 16:7,13,20
16:24 17:5,19
18:12,21 19:6,17
20:16,22 21:12,25
22:4 23:7,16 24:4
25:9,21 26:6 27:13
27:18 28:3,19
29:24 30:25 31:5,8
31:14 32:2,8 33:3
33:24 34:6 35:4,17
36:12 37:14,23
39:2,22 41:3,25

42:12,20 43:16,21
44:23 45:13,20
46:5,13,17 49:7
51:25
**objections (1)**
3:21
**observing (1)**
50:12
**officer (18)**
1:7,8,8,9,10 2:10,11
2:12,12,13 32:19
45:9 46:15 51:2,10
51:13,22 52:2
**officers (9)**
1:11 2:14 38:2 46:19
46:23 47:10 48:8
49:10,20
**officer's (1)**
51:17
**offices (1)**
1:22
**Okay (1)**
5:2
**old (1)**
22:6
**Once (3)**
18:24 38:4 47:8
**one-sided (1)**
5:8
**on-the-job-related ...**
7:8
**open (3)**
32:16 51:14,23
**opened (4)**
22:16 30:13 51:7,8
**opening (1)**
51:15
**Order (1)**
1:21
**original (4)**
3:9,17 17:13 23:8
**originally (3)**
15:25 17:15 19:21
**outcome (1)**
54:17
**outside (3)**
18:4 23:9 51:18

**overall (1)**
40:9
**overweight (1)**
22:3

**P**

**P (3)**
2:2,2 3:2
**PAGE (4)**
53:6,12,18,23
**PAGIEL (2)**
1:7 2:11
**paperwork (3)**
9:8,12 21:7
**Parkway (1)**
2:5
**part (1)**
18:7
**participate (1)**
33:21
**participating (1)**
34:4
**parties (3)**
1:20 3:7 54:15
**partner (12)**
11:5 13:24 14:23
22:9 23:10,14
24:19 26:25 39:13
42:9 44:13 48:7
**parts (2)**
40:3,5
**patient (7)**
9:15 10:2 18:7 35:13
35:21 46:10,10
**patients (1)**
18:23
**PAUL (2)**
1:8 2:11
**penetrating (1)**
14:13
**people (3)**
36:7 43:2,25
**person (2)**
24:19 26:3
**personally (2)**
9:9 44:12
**PHILLIP (2)**

1:9 2:12
**phone (1)**
43:25
**physical (2)**
18:4 24:8
**physically (3)**
45:11,14 51:23
**place (5)**
7:14 20:15,15 27:12
36:22
**Plaintiff (2)**
1:4 2:4
**plaintiff's (2)**
48:6,10
**Please (1)**
4:9
**point (18)**
23:4,23 30:18 32:9
32:18 33:15 37:9
37:17,25 38:13
41:18 43:20 45:11
48:17 49:11,15,24
51:17
**police (28)**
1:7,8,8,9,10,11 2:10
2:11,12,12,13,14
12:25 13:8,19,21
16:15,16,17 23:2,15
25:19 26:9,13
27:11 39:16 47:10
48:25
**polite (2)**
25:4,18
**portable (1)**
26:15
**possible (6)**
27:3 29:3 35:13 43:8
47:22 48:3
**Possibly (2)**
29:10 32:17
**premises (2)**
19:9,11
**prep (1)**
5:8
**prepare (1)**
5:16
**present (1)**

20:14
**pretty (1)**
28:24
**prior (1)**
50:9
**private (2)**
40:2,4
**probable (1)**
27:24
**probably (1)**
49:12
**problem (2)**
25:2 41:23
**Procedure (1)**
1:22
**proceeded (3)**
10:16 32:6 33:14
**Public (4)**
1:25 4:4 52:19 54:7
**punch (2)**
36:17 50:7
**punching (2)**
34:7,8
**pursuant (1)**
1:20
**push (8)**
32:13,15,25 33:2,5,7
  34:20 46:16
**pushed (3)**
30:18 51:4,16
**pushing (1)**
50:2
**put (7)**
26:17,25 33:22 34:9
  34:17,21,22
**putting (2)**
36:11,14

_____
**Q**

**quarters (1)**
51:9
**question (2)**
38:6 53:23
**questions (6)**
4:24 11:7 14:11 47:5
  52:8 53:22
**quick (1)**

23:20
**quickly (1)**
27:23
**Quinton (1)**
8:16

_____
**R**

**R (5)**
2:2 3:2 4:2,2 54:2
**radio (5)**
8:5,7 9:4 10:7 47:13
**radioed (4)**
14:2 23:2 26:9,12
**radios (1)**
26:15
**rash (1)**
39:25
**realize (1)**
41:22
**really (4)**
14:8 36:15 44:2
  49:17
**reason (1)**
17:18
**reasonable (2)**
11:19 17:22
**recall (34)**
7:12,16 9:6,23,25
  10:5 16:12,21
  18:10 21:13 22:7
  23:24 28:7 33:11
  33:11,12,25 34:5,25
  37:7,24 39:6 41:4
  41:21 42:2 43:17
  45:4 46:14,25
  49:15 50:5,8,9 52:6
**receive (1)**
35:25
**received (3)**
4:22 22:15 47:25
**recollection (1)**
9:4
**record (2)**
4:10 54:12
**regardless (2)**
39:7 49:4
**regulations (1)**

26:2
**related (1)**
54:15
**relation (1)**
51:3
**remember (81)**
7:20,24 8:4,11,12
  9:10,10 10:7,9
  11:17 13:23 14:3
  14:19,21 16:2,14
  17:2,7 18:9 19:12
  19:24,25 20:5 21:3
  21:3,5,20,22 22:11
  22:13,18,18 24:17
  26:12,18,21,23 27:2
  28:24 29:10,21,25
  30:2,9,14,15 35:11
  35:18,19,24 36:25
  37:4 38:10 39:12
  41:17 43:18 44:7,8
  44:13,24 45:6,18
  46:6,6,11 47:12,15
  47:19,20,24 48:4,17
  48:20,21 49:17,22
  49:24 50:14,16,22
  52:2
**removed (1)**
19:8
**report (14)**
9:15,18 10:3,3 12:18
  18:6,7 43:4,5,23
  44:5,9,16,21
**reporter (1)**
5:12
**reporters (1)**
12:14
**Reporting (1)**
1:23
**REQUESTED (1)**
53:17
**reserved (1)**
3:22
**resist (2)**
36:7 38:24
**resisted (1)**
49:22
**resisting (3)**

33:16 36:6,15
**resources (2)**
13:9,20
**respective (2)**
1:20 3:6
**respond (2)**
6:17 8:20
**responded (3)**
7:13,25 47:14
**responders (1)**
10:12
**responding (1)**
27:22
**restrained (2)**
36:9 38:4
**revoked (1)**
6:25
**right (22)**
5:13,15 12:22 13:11
  13:13 21:16 22:22
  24:20 25:18 26:11
  27:12 30:24 32:6,7
  32:20 33:19 35:5
  37:9 38:21,23 50:3
  51:20
**RODNEY (2)**
1:10 2:13
**ROMANO (2)**
1:9 2:12
**room (5)**
39:16 42:3,7,23 43:3
**rules (2)**
1:21 26:2
**RULINGS (1)**
53:22

_____
**S**

**S (6)**
1:11 2:2,14 3:2,2
  53:2
**sake (1)**
25:3
**save (1)**
40:15
**saw (8)**
12:15 14:6 21:14
  29:23 34:19 37:8

38:18 44:17
**saying (9)**
12:4,19,22 13:3
   15:25 21:4 30:15
   36:24 46:12
**says (1)**
26:2
**scene (2)**
10:11 39:5
**screaming (2)**
23:23 36:22
**sealing (1)**
3:7
**second (2)**
17:16 49:9
**see (12)**
31:20 32:14 34:8,11
   34:12,15,17 36:18
   37:5 39:11,25
   49:25
**seeing (3)**
50:5,8,10
**send (1)**
8:21
**sends (1)**
8:24
**Senior (3)**
6:11,15,17
**SERGEANT (2)**
1:10 2:13
**service (1)**
3:16
**set (2)**
54:11,20
**share (1)**
44:2
**shared (1)**
20:20
**sharing (1)**
43:22
**Shield (12)**
1:8,8,9,9,10,10 2:11
   2:11,12,13,13,14
**Shore (2)**
6:6,8
**shove (2)**
32:22 33:4

**shoved (2)**
30:18 32:19
**side (1)**
51:10
**signed (3)**
3:10,12,15
**sir (4)**
4:15 5:17 45:21,23
**sister (4)**
15:14,21 41:17 42:3
**sisters (1)**
11:14
**situation (5)**
9:17 13:5 25:8 28:25
   29:2
**somebody (4)**
10:20 12:16 24:11
   31:7
**speak (5)**
11:4 19:14,18 29:14
   44:5
**speaking (1)**
14:24
**specific (1)**
14:4
**specifically (3)**
17:3,7 50:23
**specifics (1)**
47:16
**spoke (3)**
19:21 31:6 44:10
**SS (1)**
54:4
**stairs (1)**
27:19
**standing (5)**
37:15 51:2,8,12,19
**start (1)**
52:4
**started (4)**
16:4,9,19,23
**state (8)**
1:25 4:4,9 12:14,17
   35:12 54:4,8
**statements (1)**
50:17
**STATES (1)**

1:2
**stay (1)**
30:7
**STIPULATED (2)**
3:5,20
**stood (1)**
21:21
**story (9)**
15:22 16:18,23 17:12
   17:13,16,17,20
   44:22
**Street (2)**
1:23 2:15
**struggle (1)**
36:8
**stuff (2)**
16:5,10
**stumbling (1)**
33:12
**subcontracted (1)**
6:12
**submitting (1)**
44:4
**subpoena (1)**
4:20
**Subscribed (1)**
52:16
**substance (1)**
27:5
**sufficient (1)**
13:3
**sum (1)**
27:4
**sure (12)**
11:20 18:22 22:20,22
   27:22 28:25 29:17
   32:3 39:15 42:7,13
   51:21
**suspended (1)**
6:25
**suspicion (1)**
17:22
**swing (1)**
50:6
**sworn (4)**
3:10 4:3 52:16 54:11
**system (1)**

8:8

_____

**T**

**T (8)**
3:2,2 4:2,2,2 53:2
   54:2,2
**take (6)**
5:3 14:25 15:2 18:18
   20:18 41:13
**taken (1)**
1:19
**talk (1)**
16:9
**talking (4)**
15:7 16:4 34:23
   51:13
**team (1)**
10:4
**tech (1)**
47:19
**technician (1)**
9:11
**tell (18)**
5:18 11:11 15:12
   24:10 26:3 27:6,9
   28:17 35:7,12
   36:20 38:2 39:4
   40:18 41:18 42:14
   42:18 43:15
**telling (1)**
35:19
**ten (3)**
18:23,25 39:20
**testified (2)**
4:5 45:5
**testify (1)**
5:16
**testimony (3)**
5:10 14:22 54:13
**Thadani (78)**
2:16 5:20 6:20 7:3,10
   7:15,22 8:23 12:7
   12:11 13:2,6,12
   14:7,15 15:3,19
   16:7,13,20,24 17:5
   17:19 18:12,16,21
   19:6,17 20:16,22

21:12,25 22:4 23:7
23:16 24:4 25:9,21
26:6 27:13,18 28:3
28:19 29:24 30:25
31:5,8,11,14 32:2,8
33:3,24 34:6 35:4
35:17 36:12 37:14
37:23 39:2,22 41:3
41:25 42:12,20
43:16,21 44:23
45:13,20 46:5,13,17
47:4,7,9 52:7 53:14
**Thank (2)**
4:17 47:3
**thing (3)**
5:8 20:14 51:22
**things (2)**
30:20 47:11
**think (11)**
5:14 21:21 25:6,16
26:24 27:24 31:16
40:24 41:16 42:10
49:25
**third-party (2)**
25:13 47:23
**Thompson (27)**
1:3 2:5 19:4,16,18,20
20:4 21:10 23:6
30:13,18,23 31:3,4
31:9,13,18 33:15
49:4,21 50:6,10,15
51:3,7,12,19
**Thompson's (1)**
49:11
**thought (2)**
5:7 39:7
**three (2)**
28:18 51:9
**threshold (2)**
33:20 35:3
**throw (1)**
50:6
**time (13)**
1:16 3:22 34:20,21
37:6 38:15 42:8
44:2 45:15 48:11
49:9 50:10 51:24

**today (2)**
5:10,16
**today's (1)**
4:18
**told (18)**
15:21 17:16,21 20:21
20:24 24:6 32:5
38:6,8,10 39:11
40:25 42:8 43:7,9
45:25 47:17 48:2
**tone (5)**
24:2,9,10 29:9 45:16
**touched (1)**
14:5
**touching (1)**
11:16
**training (3)**
12:9,12 35:25
**trial (1)**
3:22
**tried (8)**
19:21 30:17 31:25
32:10 35:6 45:9
46:16 51:14
**true (3)**
20:2,19 54:12
**try (5)**
32:12,15 46:24 50:6
50:6
**trying (1)**
39:10
**two (10)**
8:17 23:20 26:9,20
28:18,21 30:3 33:8
34:24 44:14
**types (1)**
6:17

___
**U**
**U (2)**
3:2 4:2
**understand (3)**
5:9 12:4 41:24
**uniform (2)**
30:21 46:20
**unit (1)**
8:25

**UNITED (1)**
1:2
**unsigned (1)**
3:14
**unusual (2)**
15:16 18:11
**upset (1)**
21:24
**upstairs (4)**
12:20 29:22 30:5,11

___
**V**
**vaguely (1)**
7:19
**vehicle (1)**
8:10
**verbatim (1)**
11:12
**verification (1)**
25:12
**vicinity (1)**
8:21
**view (1)**
32:9
**visit (1)**
23:5
**vulgar (1)**
48:18

___
**W**
**W (2)**
2:8 4:2
**wait (1)**
27:16
**waiting (1)**
10:20
**waived (1)**
3:9
**walked (1)**
27:19
**want (6)**
5:15 12:3 24:13,24
25:5 32:5
**wanted (1)**
49:5
**warned (1)**
46:7

**warrant (3)**
35:23 36:2,3
**WARREN (2)**
1:10 2:13
**wasn't (10)**
11:20 12:15 15:23,24
17:12 20:2 36:10
36:14 48:13,23
**way (10)**
17:20 21:21 22:19
25:4,22 31:25
45:10 46:16 51:9
54:17
**welcomed (1)**
13:14
**welcoming (1)**
48:13
**welfare (5)**
11:24 13:8 17:23,25
25:11
**went (11)**
22:25 23:11,13 26:8
29:22 38:2,4,11
48:5 49:8 51:14
**weren't (2)**
13:18 20:19
**We'll (1)**
39:10
**we're (1)**
12:14
**WHEREOF (1)**
54:19
**wife (4)**
20:18,21 31:7 38:18
**willingly (1)**
13:16
**Willoughby (1)**
4:13
**witness (9)**
1:19 3:10,16,18 4:3
52:10 54:10,13,19
**witnesses (1)**
50:11
**woman (5)**
14:23 15:17 20:7
21:14 44:21
**word (1)**

11:15
**words (2)**
22:18 30:14
**work (1)**
5:22
**worker (2)**
44:17 45:2
**working (2)**
6:10,11
**wouldn't (5)**
11:11,24 12:2 17:10
29:5
**wrong (3)**
22:23 25:6 43:11

---
**X**

**X (4)**
1:3,13 53:2,10

---
**Y**

**yeah (18)**
5:11 6:8 7:18 11:5
20:23 22:5 23:9,11
25:23 28:15 29:16
36:13,15,23 37:3
39:21 43:6 44:15
**yell (1)**
37:18
**yelling (5)**
23:22 36:21,23 37:2
37:3
**York (15)**
1:2,7,24,25 2:6,9,10
2:15,15 4:5,14
47:10 54:4,5,8

---
**Z**

**ZACHARY (1)**
2:8
**ZELMAN (7)**
2:4,6 4:8 47:2 49:7
51:25 53:13

---
**#**

**#1L (1)**
4:13
**#277 (2)**

1:11 2:14
**#6295 (2)**
1:9 2:13

---
**1**

**1 (1)**
3:17
**1-10 (2)**
1:11 2:14
**100 (1)**
2:15
**10007 (1)**
2:15
**10580 (2)**
1:8 2:11
**11:00 (1)**
1:16
**11:50 (1)**
52:9
**11225 (1)**
2:6
**11237 (1)**
4:14
**11241 (1)**
1:24
**1348 (1)**
4:13
**13744 (2)**
1:10 2:13
**14th (1)**
7:13
**14-CV-7349 (1)**
1:6
**15th (4)**
4:25 6:2,9,22
**16 (1)**
1:23
**16th (1)**
54:20

---
**2**

**20 (1)**
52:17
**2009 (1)**
6:23
**2014 (4)**
4:25 6:2,9,22

**2015 (1)**
7:13
**2016 (2)**
1:15 54:20
**2102 (2)**
1:9 2:12
**28472 (2)**
1:8 2:11

---
**3**

**3 (1)**
1:15
**30 (1)**
3:16
**339 (1)**
7:14

---
**4**

**4 (1)**
53:13
**47 (1)**
53:14

---
**6**

**612 (1)**
2:5

---
**9**

**911 (4)**
22:16 24:7 26:13
48:15