**LAW OFFICE OF DAVID A. ZELMAN**
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072
Fax (718) 604-3074

September 14, 2018

**VIA ECF**
**Magistrate Judge Robert M. Levy**
**United States District Court**
**EDNY, Brooklyn Courthouse**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

**Re: Larry Thompson v. The City of New York et. al.**
**Civil Action No. 14-cv-7349**

Your Honor:

      I am the attorney for the plaintiff. Due to circumstances beyond my control, there have been delays in getting plaintiff's expert report exchanged with defense counsel. I discussed the matter with counsel today and counsel agreed upon the following revised schedule which is essentially a one week extension for both sides to exchange expert discovery:

      Plaintiff's Expert Report and disclosures due: September 21, 2018

      Defendant's Export Report and disclosures due: October 22, 2018

      The parties agree to make their expert witnesses available for deposition at any point up to a week before trial. The following pretrial deadline will be unaffected by the proposed change above:

      Exchanging witness and exhibit lists: October 29, 2018

      Exchanging Motions in Limine: November 12, 2018

      Opposition to Motions in Limine: November 26, 2018

      Thank you for your consideration.

Very Truly Yours:

/S

David A. Zelman, Esq.