

| NAME | APT |
|------|-----|
| ALEXANDER, G. | 1D |
| ARCHER, U. | 2H |
| DAVIS, R.&D. | 1B |
| GABRIEL, Y. | 4O |
| GREEN, H. | 1A |
| HOLLINS, L. | 1C |
| HOWARD, G. | 3K |
| JULIEN, A. | 3L |
| MOHAMMED, I. | 3I |
| MOHAMMED, S. | 4P |
| MOHAMMED, S. (SUPER) | 3J |
| ROMAN, E. | 4M |
| SIMMONS, R. | 2G |
| THOMPSON, L. | 2E |
| THORBOURNE, C. | 2F |
| WILSON, J. | 4N |

EXHIBIT

N

DEF 000539



339
LINCOLN PLACE

| NAME | APT |
|---|---|
| ALEXANDER, G. | 1D |
| ARCHER, U. | 2H |
| DAVIS, R.&D. | 1B |
| GABRIEL, Y. | 4O |
| GREEN, H. | 1A |
| HOLLINS, L. | 1C |
| HOWARD, G. | 3K |
| JULIEN, A. | 3L |
| MOHAMMED, I. | 3I |
| MOHAMMED, S. | 4P |
| MOHAMMED, S. (SUPER) | 3J |
| ROMAN, E. | 4M |
| SIMMONS, R. | 2G |
| THOMPSON, L. | 2E |
| THORBOURNE, C. | 2F |
| WILSON, J. | 4N |

DEF 000540



DEF 000541



DEF 000542



DEF 000543



DEF 000544



DEF 000545

DEF 000546



DEF 000547

























