

30 Broad Street Suite 702
New York, NY 10004
Phone: 212-203-1090
www.Carylondonlaw.com

November 28, 2018

Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201
*via ECF*

    Re:    <u>Thompson v. City of New York et. al., Docket # 1:14-cv-7349</u>
               <u>Adjournment of Pre-Trial Conference</u>

Your Honor:

    I am the attorney for the plaintiff, Larry Thompson, and I am requesting an adjournment of the Pre-Trial Conference which was scheduled for December 3, 2018 at 10:30 a.m. to December 3, 2018 at 11:30 a.m. I am making this request due to the fact that that I have another case on at 9:30 a.m. and I do not wish to be late to this conference. This is the plaintiff's first request for an adjournment and the Defendants attorney, Philip DePaul, Esq., consents to this request. I also spoke to your case manager who confirmed the Court would be available 1 hour later at 11:30 a.m. on December 3, 2018.

    Thank you for your consideration in this matter.

                                              Respectfully submitted,

                                              /s/ Cary London, Esq.
                                        *Cary London, Esq.*
                                        Attorney for Plaintiff
                                        30 Broad Street Suite 702
                                        New York, NY 10004
                                        (212)-203-1090
                                        CLondon@CaryLondonLaw.com

CC: *Philip DePaul, Esq.*
*Kavin Thedani, Esq.*
Attorneys for Defendant
Corporation Counsel of the City of New York
100 Church Street, 3rd Floor
New York, NY 10007
<u>*Via ECF*</u>