

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

KAVIN THADANI
*Senior Counsel*
Phone: (212) 356-2351
Fax: (212) 356-3509
kthadani@law.nyc.gov

November 30, 2018

**VIA ECF**
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    <u>Larry Thompson v. Clark, et al.</u>, 1:14-cv-07349-JBW-RML

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants Clark, Montefusco, Bouwmans and Romano in the above-referenced matter.  Defendants write to respectfully request an adjournment of the pre-trial conference currently scheduled for December 6, 2018 at 1:00 p.m. as well as an adjournment of the December 4, 2018 deadline to submit "proposed questions to ask prospective jurors during voir dire, a short description of the case and a list of the names of all persons, entities, and locations that the party expected may be mentioned during the trial."  Plaintiff's counsel Cary London agreed to make this a joint request however plaintiff's counsel David Zelman advised that he takes no position with respect to this request.

      The reason for this request is that counsel for the parties were notified yesterday by Judge Weinstein's chambers that the trial in this matter, scheduled to begin on December 10, 2018, is being adjourned to a later date.

      Thank you for your consideration in this regard.

                                              Respectfully,

                                              /s/ Kavin Thadani_____

                                              Kavin Thadani
                                              Senior Counsel
                                              Special Federal Litigation

2

cc: **VIA ECF**
David Zelman, Esq.
Cary London, Esq.
*Attorneys for Plaintiff*

Case 1:14-cv-07349-JBW-RML   Document 104   Filed 11/30/18   Page 2 of 2 PageID #: 1630