DATE: 1/22/19

BEFORE JUDGE Weinstein             AT: 8:30 A.M.

COURT REPORTER A. Frisolone

CIVIL CAUSE FOR TRIAL

Docket Number: CV14-7349

Title: Thompson vs. Paguil Clark et al

Appearances:   For Pltff: E. London; D. Zelman
               For Deft: K. Thadani; P. DePaul
               Other:

✓ Case called.
✓ All parties present.
___ Counsel for _____ not present.
✓ Trial ordered and begun.
___ The following jurors were selected and sworn:
   1. ___   7. ___
   2. ___   8. ___
   3. ___   9. ___
   4. ___   10. ___
   5. ___   11. ___
   6. ___   12. ___
✓ Pltff. opens.
✓ Deft. opens.
___ Deft. waives opening.
✓ Trial continued to 1/23/19 at 8:30 am