DATE 1/23/19

BEFORE JUDGE WEINSTEIN        AT    8:30 a.m.

C/R A. Fusolone                C/D  June P. Lowe

CIVIL CAUSE

ON TRIAL

Docket # GV14-7349

Title  LARRY THOMPSON           vs   PAGIEL CLARK et al

Appearances:  For Pltff.  CARY LONDON: DAVID ZELMAN

              For Deft.  KAVIN THADANI: PHILIP DePAUL

              Other

__XX__  Case called.

__XX__  All parties present.

__XX__  Trial resumed.

__✓__   Trial continued to 1/24/19 at 8:30 am