*CV14-7349*                  NEW PAGE 25

## VII. VERDICT SHEET

Your verdict in this case will be your answers to the following questions. Read the questions carefully. Your answers to the questions must be unanimous.

### I. Unlawful Entry

Question 1:

Did you find that a defendant unlawfully entered plaintiff's apartment?

| | | |
|---|---|---|
| Pagiel Clark: | YES: _____ | NO: __X__ |
| Paul Montefusco: | YES: _____ | NO: __X__ |
| Gerard Bouwmans: | YES: _____ | NO: __X__ |
| Phillip Romano: | YES: _____ | NO: __X__ |

**If you answered "Yes" as to any defendant, please proceed to Question 2.**

**If you answered "No" as to all defendants, please proceed to Question 3.**

Question 2(a):

What is the total dollar amount of compensatory damages, if any, that plaintiff is entitled to on his unlawful entry claim? $_____

Question 2(b):

What amount of nominal damages, if any, not to exceed one dollar, do you award plaintiff on his unlawful entry claim? $_____

Question 2(c):

What is the total dollar amount of punitive damages, if any, that plaintiff is entitled to on his unlawful entry claim? $_____

### II. False Arrest

Question 3:

Did you find that the plaintiff was falsely arrested by any of the following?

| | | |
|---|---|---|
| Pagiel Clark: | YES: _____ | NO: __X__ |

25



| | | |
|---|---|---|
| Paul Montefusco: | YES: _____ | NO: __X__ |
| Gerard Bouwmans: | YES: _____ | NO: __X__ |
| Phillip Romano: | YES: _____ | NO: __X__ |

**If you answered "Yes" as to any defendant, please proceed to Question 4.**

**If you answered "No" as to all defendants, please proceed to Question 5.**

Question 4(a):

What is the total dollar amount of compensatory damages, if any, that plaintiff is entitled to on his false arrest claim? $_____

Question 4(b):

What is the total dollar amount of punitive damages, if any, that plaintiff is entitled to on his false arrest claim? $_____

### III. Excessive Force

Question 5:

Did you find that a defendant used excessive force against plaintiff?

| | | |
|---|---|---|
| Pagiel Clark: | YES: _____ | NO: __X__ |
| Paul Montefusco: | YES: _____ | NO: __X__ |
| Gerard Bouwmans: | YES: _____ | NO: __X__ |
| Phillip Romano: | YES: _____ | NO: __X__ |

**If you answered "Yes" as to any defendant, please proceed to Question 6.**

**If you answered "No" as to all defendants, please proceed to Question 7.**

Question 6(a):

What is the total dollar amount of compensatory damages, if any, that plaintiff is entitled to on his excessive force claim? $_____

Question 6(b):

What amount of nominal damages, if any, not to exceed one dollar, do you award plaintiff on his excessive force claim? $_____

Question 6(c):

What is the total dollar amount of punitive damages, if any, that plaintiff is entitled to on his excessive force claim? $_____

### IV. Denial of the Right to a Fair Trial

Question 7:

Did you find that defendant Pagiel Clark denied plaintiff's right to a fair trial?

YES _____   NO __X__

**If you answered "Yes," please proceed to Question 8.**

**If you answered "No," please proceed to Question 9.**

Question 8(a):

What is the total dollar amount of compensatory damages, if any, that plaintiff is entitled to on his denial of a right to a fair trial claim? $_____

Question 8(b):

What amount of nominal damages, if any, not to exceed one dollar, do you award plaintiff on his denial of a right to a fair trial claim? $_____

Question 8(c):

What is the total dollar amount of punitive damages, if any, that plaintiff is entitled to on his denial of a right to a fair trial claim? $_____

### V. Failure to Intervene

Question 9:

Did you find that a defendant had a realistic opportunity, but failed to intervene to prevent other officers from subjecting plaintiff to the loss of a constitutional right?

| | | |
|---|---|---|
| Pagiel Clark: | YES: _____ | NO: __X__ |
| Paul Montefusco: | YES: _____ | NO: __X__ |
| Gerard Bouwmans: | YES: _____ | NO: __X__ |

27

Phillip Romano:	YES: _____	NO: __X__

**If you answered "Yes" as to any defendant, please proceed to Question 10.**

**If you answered "No" as to all defendants, your deliberations are finished.**

Question 10(a):

What is the total dollar amount of compensatory damages, if any, that plaintiff is entitled to on his on his failure to intervene claim? $_____

Question 10(b):

What amount of nominal damages, if any, not to exceed one dollar, do you award plaintiff on his failure to intervene claim? $_____

Question 10(c):

What is the total dollar amount of punitive damages, if any, that plaintiff is entitled to on his failure to intervene claim? $_____

WHEN YOU HAVE COMPLETED THE ABOVE VERDICT SHEET, PLEASE DATE AND SIGN THE FORM AND RETURN THIS VERDICT SHEET TO THE MARSHAL.

SIGNATURE OF THE FOREPERSON  *Laurie-Anne O'Shea*

DATED: January 30, 2019

28