

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KAVIN THADANI**
*Senior Counsel*
Phone: (212) 356-2351
Fax: (212) 356-3509
kthadani@law.nyc.gov

August 1, 2024

**VIA ECF**
Honorable Hector Gonzalez
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Thompson v. Clark</u>, No. 14 cv 7349 (HG) (RML)

Your Honor:

    I am a Senior Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, representing defendant Pagiel Clark in the above-referenced matter. The parties write jointly to respectfully inform the Court that the parties have reached a settlement agreement in this matter. As such, the parties respectfully request that the Court adjourn the trial, including the testimony of Gerard Bouwmans scheduled for tomorrow, as well as all other outstanding deadlines and conferences *sine die* to afford the parties the opportunity to finalize the settlement paperwork and submit a Stipulation and Order of Dismissal for the Court's endorsement.

    Thank you for your time and consideration.

                                                  Respectfully,

                                                  /s/ *Kavin Thadani*

                                                  Kavin Thadani
                                                  Senior Counsel

cc:    **VIA ECF**
       All Counsel of Record