

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**KAVIN THADANI**
*Senior Counsel*
Phone: (212) 356-2351
Fax: (212) 356-3509
kthadani@law.nyc.gov

August 21, 2024

**VIA ECF**
Honorable Hector Gonzalez
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     Larry Thompson v. Clark, No. 14 CV 7349 (HG) (RML)

Your Honor:

I am a Senior Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, representing defendant Pagiel Clark in the above-referenced matter.  Pursuant to the Court's August 1, 2024 Order, defendant Clark respectfully encloses a Stipulation and Order of Dismissal, which has been signed by the parties, for the Court's endorsement.

Thank you for your consideration in this regard.

Respectfully,

/s/ *Kavin Thadani*

Kavin Thadani
Senior Counsel
Special Federal Litigation

Encl.

cc:     **VIA ECF**
        All Counsel of Record